UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN & GORDON SCHAFER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-8262** |
| **STATE FARM & FIRE CASUALTY COMPANY, ET AL.** | **SECTION "K"(2)** |

### ORDER

The Plaintiffs have filed a Motion to Amend or Correct (Rec. Doc. 71) this Court's previous order dated January 10, 2008 (Rec. Doc. 70) ("January 10th Order"). Because the Court sees need for correction to the January 10th Order, accordingly,

**IT IS ORDERED** that the Plaintiffs' Motion (Rec. Doc. 71) is **GRANTED.** The Court's January 10th Order (Rec. Doc. 70) is **RECALLED and VACATED** *nunc pro tunc.*

**IT IS FURTHER ORDERED** that Xactware's Motion to Dismiss and Motion to Strike Amended Complaint (Rec. Doc. 53) is **GRANTED IN PART.** The following paragraphs of the Second Amended Complaint are **STRICKEN** as they do not relate to pleading under the Louisiana Products Liability Act: I-59-A, I-59-B, II, III-31-A, III-31-B, III-31-C, III-31-D, and III-31-E.

**IT IS FURTHER ORDERED** that State Farm's Motion to Dismiss Class Allegations (Rec. Doc. 54) is **DENIED**. Plaintiffs have leave to amend their First Amended Complaint by February 1, 2008. State Farm has leave to reurge its motion after the Plaintiffs have had the opportunity to amend their complaint.

New Orleans, Louisiana, this   16th   day of January, 2008.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**