**MINUTE ENTRY**
**DUVAL, J.**
**MARCH 19, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN SCHAFER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-8262** |
| **STATE FARM FIRE & CASUALTY COMPANY, ET AL** | **SECTION: K (2)** |

### ORAL ARGUMENT

**MOTION to dismiss** third *Third Amended Complaint* by Xactware Solutions, Inc**, filed 2/12/08, doc. 79.**

**MOTION to dismiss** *Class Allegations in Third Amended Complaint* by State Farm Fire & Casualty Company, **filed 2/12/08, doc. 81.**

**CASE MANAGER:  SHEENA DEMAS**
**COURT RECORDER:  CONNIE KELLY & BONNIE HEBERT**

**APPEARANCES: James Watkins, Soren Gisleson, Stephen Herman, Wayne Lee,**
               **James Courson, Michael Walshe, Jr., Mark Cunningham & Joel Cohen**

**Court heard oral argument in CA 07-5274 (Mornay) at the same time, docs. 25 & 31.**
**Court begins at 10:36 a.m.**
**Case called; all present and ready.**
**Oral  argument by parties.**
**These matters are UNDER ADVISEMENT.**
**Court adjourns at  11:44 a.m.**
*State Farm referred to 2 documents put on the Elmo but didn't introduce them as exhibits.

JS-10 (:54)