

**Selection of Process to Complete a Repair or Construction Project**