UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHLEEN AND GORDON SCHAFER, | * | CIVIL ACTION |
| Plaintiffs, | * | NO. 06-8262 |
| VERSUS | * | SECTION "K"(2) |
| STATE FARM FIRE AND CASUALTY COMPANY AND XACTWARE SOLUTIONS, INC., | * | JUDGE DUVAL |
| | * | MAGISTRATE CHASEZ |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF ANNE GRON

Anne Gron, being first duly sworn, deposes and states as follows:

### I.  QUALIFICATIONS

1.  I am a Senior Consultant at NERA Economic Consulting, 875 N. Michigan Ave, Chicago, IL 60611. I received a BA in Economics and Computer Science from Williams College in 1984 and a Ph.D. in Economics from the Massachusetts Institute of Technology in 1990. Prior to joining NERA, I was an assistant professor of management and strategy at the Kellogg School of Management at Northwestern University, and prior to that, I was an assistant professor of business economics at the University of Chicago Graduate School of Business.

2.  My specialty within economics is industrial organization, the study of organization and behavior of firms and markets, and I have published a number of articles in scholarly journals, which are listed on my curriculum vitae, attached as Exhibit 1. Many of these articles address issues in industrial organization by analyzing data using statistical and empirical methods. I have used these statistical and empirical methods in my work as a consultant.



NERA Economic Consulting

1

3.  A complete list of cases in which I have testified is provided in my curriculum vitae. NERA is being compensated at an hourly rate of $450 for my time on this matter.

## II. ASSIGNMENT

4.  NERA Economic Consulting was asked by counsel to generate a random sample of claim numbers to serve as a basis for a claim file review to be conducted by Dr. James Adrian in connection with *Kathleen and Gordon Schafer v. State Farm Fire and Casualty Company and Xactware Solutions, Inc.* NERA is a litigation consultant to the defendants in this case.

5.  This affidavit describes the population of claim numbers and the random sampling methodology we used to ensure the absence of sample selection bias in the sample drawn from the population of claim numbers.[1]

## III. SAMPLING METHODOLOGY

6.  The population of claim numbers is based on a list of claim numbers provided to us by counsel in an Access database. We understand this list to represent homeowners' insurance claims on which State Farm Fire and Casualty Company (State Farm) made coverage A claim payments in the state of Louisiana with a date of loss from August 29, 2005 through August 11, 2008, excluding claims in litigation with State Farm at the time the list was compiled. The list contained 144,676 claim numbers and, for each claim number, provided information on four additional items: date of loss, city, zip code, total coverage A payment (in dollars), and number of coverage A payments.[2]

---

[1] See, e.g., Alan Stuart, *The Ideas of Sampling*, (London: Charles Griffin & Company, 1984), p. 3.

[2] Before sampling from the claim numbers we excluded observations that did not have zip codes falling within the Louisiana zip code range. Of the 144,676 claim numbers we excluded 2,506 claim numbers (42 had missing zip codes, 50 had letters in the zip code entry, 1,228 had zip codes less than 70001, and 1,186 had zip codes greater than 71497). The final claim number population consisted of 142,170 claim numbers.

7.  We used a "stratified random sampling" methodology to draw a random sample from this population. With stratified random sampling, (1) the population is divided into a set of mutually exclusive and exhaustive strata, or groups, and (2) a random sample of a predetermined size is drawn from each stratum.[3] One virtue of stratified random sampling is that it can ensure that there will be a minimum number of sample observations in the particular stratum of interest.[4] Here, we defined strata based on the date of loss and single payment status. Single payment status refers to whether one or more than one payment was made under coverage A as reported in the claim number population. In particular, we defined six strata: 1) Katrina claim numbers with a single payment, 2) Katrina claim numbers with multiple payments, 3) Rita claim numbers with a single payment, 4) Rita claim numbers with multiple payments, 5) all other claim numbers with a single payment, and 6) all other claim numbers with multiple payments.[5]

8.  We chose an initial sample size to be 100 claim numbers (across all six strata). At the time we prepared the sample we did not know how many files could be reviewed, before Dr. Adrian's report came due, and hence we drew additional claim numbers up to a total of 361 to allow for the possibility of reviewing additional files and the possibility of having to replace missing claim files (or files that might be otherwise unusable).[6]

9.  We then divided the total sample size across the six strata to determine the sizes of the samples to be drawn from each stratum. We first set the proportion of sampled claim

---

[3] Stuart, pp. 34-35.

[4] Stuart, pp. 34-38.

[5] Claims with a date of loss from August 29-31, 2005 were defined as Hurricane Katrina claims and claims with a date of loss from September 22-25, 2005 were defined as Hurricane Rita claims. The remaining dates defined the claims in the "other" categories.

[6] We provided the initial 100 randomly selected claim numbers to reflect the population as described here and were to be analyzed first as a group. The additional, randomly selected 261 claim numbers were grouped into blocks of 17 randomized claim numbers, each block reflecting the population in a manner similar to that of the initial 100 with 6 additional claim numbers to round the proportions of the stratified random sample to whole numbers.

numbers from each date-of-loss time period (Katrina, Rita and other) to reflect the proportion of claim numbers from that date-of-loss time period in the population.[7] We next set the proportion of multiple payment claim numbers sampled from each time period to be at most 25 percent of the claim numbers sampled from that date-of-loss time period in order to allow for a greater number of single payment claim numbers to be sampled.[8]

10. Technically, we used the following procedure to generate the random sample:

- Calculate the sample size for each date-of-loss time period by multiplying the total sample size by the population percentage of claim numbers in that date-of-loss time period, and rounding to the nearest whole number. The proportion of claim numbers in the Katrina, Rita and other date-of-loss time periods are 54%, 23% and 24%, respectively.

- Calculate the number of multiple payment claim numbers to be drawn from each date-of-loss time period by multiplying the date-of-loss period's sample size by 25 percent, and rounding to the nearest number.

- Calculate the number of single payment claim numbers to be drawn from each date-of-loss time period by subtracting the number of multiple payment claim numbers drawn for that date-of-loss period from that period's sample size.

- Let $N_i$, where i denotes one of the six strata, be the sample size for stratum i. To randomly select the $N_i$ claim numbers from each stratum, we assigned a random number to each claim number in the population using a generally accepted random number generator computer program.[9] We then sorted claim numbers in each stratum by their assigned random number. The $N_i$ claim numbers with the smallest random numbers in stratum i were included in the sample.[10]

11. The resulting sample sizes for each of the six strata in the 100 random claim numbers were 40, 13, 17, 6, 18 and 6 respectively. A list of the claim numbers comprising this

---

[7] The proportion of claim numbers in the population falling into our definitions of Katrina, Rita and other are 53%, 23% and 24% respectively.

[8] When using stratified random sampling with variable sampling fractions, sampling weights are applied to estimate population characteristics. See Stuart, pp. 37-38.

[9] In particular, we used the uniform() function in the statistical package STATA to assign a random number to each claim number.

[10] Each block of 17 contains the following number of observations from each of the six strata (Katrina-single payment, Katrina-multiple payment, Rita-single payment, Rita-multiple payment, other-single payment, and other-multiple payment) respectively: 7, 2, 3, 1, 3, and 1.

random sample is attached as Exhibit 2. We provided the randomly sampled claim numbers to counsel. On December 19, 2008 I discussed our random sampling methodology with Dr. Jim Adrian, explaining our method of stratified random sampling, the initial 100 claim numbers and subsequent claim number blocks.

    Further affiant sayeth naught.

_____<br>ANNE GRON

Subscribed and Sworn to
Before Me this 26 day of
February, 2009.

_____
Notary Public

OFFICIAL SEAL
DEBRA SHIPLEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES NOV. 27, 2011

<u>Exhibit 1</u>

# ANNE GRON
## Senior Consultant

Dr. Gron specializes in economic research and analyses in the areas of securities and finance, intellectual property and antitrust. She has analyzed damages and valuation issues in complex commercial litigation, mergers and acquisitions, restricted ownership rights, insurance contracts and insurance reserves. Dr. Gron has worked on matters involving companies in various markets and industries including mortgage financing, retail deposits, marketing databases, artificial joints, computer peripherals, beverage distribution and discount retailing.

Dr Gron has worked on a number of issues in the insurance industry including property-casualty insurance pricing, life insurance pricing issues, long-term care insurance, annuities, insurance distribution, broker compensation, loss reserve adequacy, reinsurance issues, and claims allocation. She has worked on class certification matters involving insurance related allegations.

Dr. Gron has conducted research and analyses in a number of areas in securities and finance including default in highly levered companies, the subprime mortgage market boom and bust, estimation of default probabilities, issuer-underwriter matching in IPOs, material adverse change clauses and hedge fund disclosure regulation. She has also conducted a number of research studies relating to insurers and banks including studies of pricing in the insurance industry, the effect of regulation in banking and insurance, the effect of bank portfolio composition on lending, and competition among health insurers.

Prior to joining NERA, Dr. Gron was an Assistant Professor at the Kellogg School of Management where she taught graduate courses in Business Strategy, Risk Management, and Microeconomics. Dr. Gron began her professional career as an Assistant Professor at the Graduate School of Business at the University of Chicago, where she taught graduate courses in Microeconomics and Industrial Organization.

Dr. Gron's work has been published in the *Rand Journal of Economics*, the *Journal of Law and Economics*, the *Journal of Risk and Uncertainty*, the *Journal of Business*, the *Review of Economics and Statistics*, the *American Economic Review*, the *Journal of Financial Services*

*Research, Regulation*, the *Journal of Financial Intermediation*, and *Health Affairs*. Dr. Gron received her PhD in economics from the Massachusetts Institute of Technology, with concentrations in industrial organization, regulation, and public finance. She received her BA in economics and computer science from Williams College.

## Education

**Massachusetts Institute of Technology**
PhD, economics, 1990

**Williams College**
BA, *magna cum laude*, economics (with Honors) and computer science, 1984

## Professional Experience

|  |  |
|---|---|
| | **NERA Economic Consulting** |
| 2005-present | Senior Consultant |
| | **Northwestern University, Kellogg Graduate School of Management** |
| 1997-2005 | Assistant Professor of Management and Strategy |
| 1994-1997 | Visiting Assistant Professor of Business Economics |
| | **University of Chicago, Graduate School of Business** |
| 1990-1995 | Assistant Professor of Business Economics |
| | **Massachusetts Institute of Technology** |
| 1987-1989 | Teaching and Research Assistant |
| | **The World Bank** |
| 1984-1985 | Research Assistant, Economic Policy Division |

## Testimony and Expert Reports

*Re: John Crane Inc. vs. Admiral Insurance Co., et al.*, Illinois Circuit Court, Chancery Division, Cook County:

Deposition, October 20, 2005.

Deposition, November 2, 2006.

*Bank Compensation Consulting, Inc., et al. vs. Clark Consulting, Inc.,* In the District Court, Dallas County, Texas, Expert Report, September 15, 2005.

## Publications

"Vertical Integration and Information Technology Adoption: A Study of the Insurance Industry" (with Christopher Foreman), *Proceedings of the 38th Annual Hawaii International Conference on System Sciences*, eds. Ralph H. Sprague Jr., January 2005.

"Corporate Risk Management: Evidence from Product Liability" (with Anne Beatty and Bjorn Jorgensen), *Journal of Financial Intermediation*, 2005.

"Effects of the Malpractice Crisis on Access and Incidence: Evidence from Florida" (with David Dranove), *Health Affairs*, May/June, 24(3): 802-810, 2005.

"Portfolio lending decisions at small commercial banks" (with Robert DeYoung and Andrew Winton), in *How do Banks Compete? Strategy, Regulation and Technology*, Proceedings from the 40th Annual Conference on Bank Structure and Competition, Federal Reserve Bank of Chicago, May 2004.

"Differentiation and Competition in HMO Markets" (with David Dranove and Michael Mazzeo), *Journal of Industrial Economics*, LI(4), December 2003.

"Terrorism and Insurance Markets: A Role for the Government as Insurer?" (with Alan Sykes), *Indiana Law Review*, February 2003.

"A Role for Government?" (with Alan Sykes), *Regulation*, Winter 2002-2003.

"Capital, Portfolio and Growth: Bank Behavior Under Risk-based Capital Guidelines" (with Anne Beatty), *Journal of Financial Services Research*, 20 (1), September 2001.

"Risk Overhang and Market Behavior" (with Andrew Winton), *Journal of Business* 74 (4), 2001.

"Insurance Cycles and Capital: The Past, Present and Future," *Risques*, January-March 2000.

"Cost Pass-Through in the U.S. Automobile Market" (with Deborah Swenson), *Review of Economics and Statistics*, May 2000.

"Insurer Demand for Catastrophe Reinsurance," in *The Limited Financing of Catastrophe Risk*, edited by Kenneth Froot, National Bureau of Economic Research, 1999.

"Compensation and Industry Profitability: Evidence from the Property-Casualty Insurance Industry," *Journal of Business*, July 1998.

"External Financing and Insurance Cycles" (with Deborah Lucas), in *The Economics of Property-Casualty Insurance*, edited by David Bradford, National Bureau of Economic Research, 1998.

"Exchange Rate Pass-Through and Imperfect Competition: The Effect of Local Production," (with Deborah Swenson), *American Economic Review - Papers and Proceedings*, May 1996.

"Regulation and Insurer Competition," *Journal of Risk and Uncertainty*, September 1995.

"Evidence of Capacity Constraints in Insurance Markets," *The Journal of Law and Economics*, October 1994.

"Capacity Constraints and Cycles in Property-Casualty Insurance Markets," *Rand Journal of Economics*, Spring 1994.

## Working Papers

"Vertical Integration, transactions costs and technology adoption in the insurance industry" (with Christopher Forman), July 2008.

"Risk Overhang in the Banking Industry" (with Robert DeYoung and Andrew Winton), February 2006.

"Optimal Portfolio Choice and Stochastic Volatility" (with Bjorn Jorgensen and Nicholas Polson), October 2005.

"Has the Malpractice Crisis in Florida Really Affected Access to Care?" (with David Dranove and Andrew Sfekas), September 2006.

"Matching the IRS form 5500 filings with Compustat and CRSP" (with Brigitte Madrian), working paper, March 2004.

"Likelihood Based Estimation of Nonlinear Equilibrium Models with Random Coefficients" (with Nicholas Polson and V. Brian Viard), September 2003.

"Price Determination in Insurance Markets with Capacity Constraints," working paper, January 1991.

## Speeches and Presentations

"Some Implications of the Credit Crisis for Private Equity," EthicsPoint's Webinar: *Risks Facing Private Equity in the New Economy*, November 13, 2008

"Recent Trends in Shareholder Class Actions," Marsh's Manufacturing Industry Forum, Chicago, June 2008.

"Bank Merger Analysis: Defining the relevant market," symposium entitled "The Antitrust Aspects of Bank Mergers" at Fordham Law School, New York City, November 2007.

"One Market or Two? Measuring Differentiation From Market Structure," Antitrust and Trade Regulation Seminar, Santa Fe, July 2007.

"Big Spenders, Big Lenders: the Subprime Market," Finance, Law and Economics Securities Litigation Seminar, Sun Valley, June 2007.

"Shareholder Class Action Litigation: Filings Plummet, Settlements Soar," D&O Liability: Emerging Risks and Critical Insurance Requirements, Amsterdam, March 2007.

"Optimal Portfolio Choice and Stochastic Volatility," American Economic Association Annual Meetings, 2005.

"Corporate Risk Management: Evidence from Product Liability," Federal Reserve Bank of Chicago, 2005.

"Insurance Group-Effects of the Malpractice Crisis on Access and Incidence: Evidence from Florida," National Bureau of Economic Research, 2005.

"Insurance Group-Effects of the Malpractice Crisis on Access and Incidence: Evidence from Florida," University of Pennsylvania, The Wharton School, 2005.

"Vertical Integration, transactions costs and technology adoption in insurance and Risk Overhang in the Banking Industry," International Industrial Organization Conference, Atlanta, Georgia, 2005.

"Insurance Group-Effects of the Malpractice Crisis on Access and Incidence: Evidence from Florida," Risk Theory Seminar, 2005.

Federal Reserve Bank of Atlanta Conference on Housing and the Macroeconomy (discussant, Basel II), 2005.

"Risk Overhang in the Banking Industry," FDIC, 2005.

2004: AFA Annual meetings (discussant); National Bureau of Economic Research, Insurance Group (discussant); Federal Reserve Bank of Chicago; International Industrial Organization Conference; Bank Structure Conference, Chicago; University of Canterbury, New Zealand.

2003: AFA Annual meetings, *Banking Session* (discussant); National Bureau of Economic Research, *Insurance Group* (discussant).

**Exhibit 2**

**Stratified Random Sample of the Claims File Data**

| Review Block | claim_number | date_of_loss | insured_city |
|---|---|---|---|
| 1 | 18R247555 | 8/31/2005 | HARVEY |
| 1 | 18R243913 | 8/31/2005 | MARRERO |
| 1 | 18R349794 | 8/29/2005 | KENNER |
| 1 | 18R491948 | 8/29/2005 | METAIRIE |
| 1 | 18R235025 | 8/30/2005 | METAIRIE |
| 1 | 18R377434 | 8/29/2005 | WESTWEGO |
| 1 | 18R533756 | 8/29/2005 | NEW ORLEANS |
| 1 | 18R329717 | 8/29/2005 | CHALMETTE |
| 1 | 18R343126 | 8/29/2005 | METAIRIE |
| 1 | 18R314966 | 8/29/2005 | BELLE CHASSE |
| 1 | 18R311717 | 8/29/2005 | SLIDELL |
| 1 | 18R234018 | 8/29/2005 | ZACHARY |
| 1 | 18R531688 | 8/29/2005 | KENNER |
| 1 | 18R483539 | 8/29/2005 | WESTWEGO |
| 1 | 18R496153 | 8/29/2005 | METAIRIE |
| 1 | 18R256203 | 8/29/2005 | LULING |
| 1 | 18R264308 | 8/29/2005 | LOCKPORT |
| 1 | 18R345933 | 8/29/2005 | MERAUX |
| 1 | 18R510747 | 8/29/2005 | HARVEY |
| 1 | 18R515960 | 8/29/2005 | BOUTTE |
| 1 | 18R167148 | 8/31/2005 | METAIRIE |
| 1 | 18R256337 | 8/29/2005 | GRETNA |
| 1 | 18R528741 | 8/29/2005 | GRAY |
| 1 | 18R214052 | 8/30/2005 | METAIRIE |
| 1 | 18R169548 | 8/29/2005 | METAIRIE |
| 1 | 18R342309 | 8/29/2005 | METAIRIE |
| 1 | 18R244075 | 8/31/2005 | NEW ORLEANS |
| 1 | 18R353817 | 8/29/2005 | LA PLACE |
| 1 | 18R376025 | 8/29/2005 | HARVEY |
| 1 | 18R331035 | 8/29/2005 | NEW ORLEANS |
| 1 | 18R248344 | 8/29/2005 | MARRERO |
| 1 | 18R528437 | 8/29/2005 | KENNER |
| 1 | 18R253572 | 8/30/2005 | MANDEVILLE |
| 1 | 18R522117 | 8/29/2005 | WAGGAMAN |
| 1 | 18R297579 | 8/29/2005 | NEW ORLEANS |
| 1 | 18R360905 | 8/29/2005 | SLIDELL |
| 1 | 18R512837 | 8/29/2005 | TERRYTOWN |
| 1 | 18R507420 | 8/29/2005 | RACELAND |
| 1 | 18R171827 | 8/29/2005 | NEW ORLEANS |
| 1 | 18R374802 | 8/29/2005 | RESERVE |
| 1 | 18R165285 | 8/30/2005 | MARRERO |
| 1 | 18R494841 | 8/29/2005 | NEW ORLEANS |
| 1 | 18R253743 | 8/29/2005 | METAIRIE |
| 1 | 18R351539 | 8/31/2005 | CHALMETTE |
| 1 | 18R258735 | 8/29/2005 | MARRERO |
| 1 | 18R527957 | 8/29/2005 | PONCHATOULA |
| 1 | 18R540673 | 8/29/2005 | HARAHAN |
| 1 | 18R218707 | 8/29/2005 | Bogalusa |
| 1 | 18R242519 | 8/30/2005 | NEW ORLEANS |
| 1 | 18R504271 | 8/29/2005 | BELLE CHASSE |
| 1 | 18R320992 | 8/29/2005 | MAUREPAS |
| 1 | 18R169014 | 8/29/2005 | METAIRIE |
| 1 | 18R482435 | 8/29/2005 | METAIRIE |
| 1 | 18A235075 | 4/12/2006 | BATON ROUGE |
| 1 | 18A255098 | 6/29/2007 | SULPHUR |
| 1 | 18A247912 | 1/5/2007 | BRUSLY |
| 1 | 18A260783 | 10/10/2007 | OPELOUSAS |
| 1 | 18A242826 | 8/26/2006 | LAFYAETTE |
| 1 | 18A232362 | 2/13/2006 | NEW ORLEANS |

| Review Block | claim_number | date_of_loss | insured_city |
|---|---|---|---|
| 1 | 18A274917 | 8/4/2008 | NEW ORLEANS |
| 1 | 18R653464 | 5/14/2008 | SHREVEPORT |
| 1 | 18R303964 | 12/18/2006 | MARION |
| 1 | 18A273580 | 7/8/2008 | GRAND CANE |
| 1 | 18Y047297 | 8/15/2006 | PINEVILLE |
| 1 | 18A245667 | 11/15/2006 | BATON ROUGE |
| 1 | 18R300375 | 3/9/2006 | JACKSON |
| 1 | 18R653684 | 4/22/2008 | BATON ROUGE |
| 1 | 18R660424 | 4/4/2008 | TALLULAH |
| 1 | 18A269335 | 3/5/2008 | GREENWEL SPGS |
| 1 | 18R773925 | 5/14/2008 | PORT ALLEN |
| 1 | 18A225333 | 9/17/2005 | WESTLAKE |
| 1 | 18R773388 | 4/22/2008 | BATON ROUGE |
| 1 | 18R654448 | 5/14/2008 | BATON ROUGE |
| 1 | 18R299154 | 12/30/2005 | SULPHUR |
| 1 | 18R653643 | 4/22/2008 | BATON ROUGE |
| 1 | 18A243604 | 10/2/2006 | TERRYTOWN |
| 1 | 18R652771 | 5/15/2008 | GREENWEL SPGS |
| 1 | 18R284410 | 9/23/2005 | EUNICE |
| 1 | 18R292009 | 9/24/2005 | LAKE CHARLES |
| 1 | 18R273531 | 9/24/2005 | LEESVILLE |
| 1 | 18R275338 | 9/24/2005 | NEW IBERIA |
| 1 | 18R555963 | 9/24/2005 | IOWA |
| 1 | 18R287227 | 9/24/2005 | LAKE CHARLES |
| 1 | 18R561617 | 9/24/2005 | ROBELINE |
| 1 | 18R586026 | 9/24/2005 | YOUNGSVILLE |
| 1 | 18R295108 | 9/24/2005 | LAKE CHARLES |
| 1 | 18R580175 | 9/24/2005 | DERIDDER |
| 1 | 18R322304 | 9/24/2005 | BATON ROUGE |
| 1 | 18R280045 | 9/23/2005 | LEESVILLE |
| 1 | 18R561817 | 9/24/2005 | COTTONPORT |
| 1 | 18R279465 | 9/23/2005 | PATTERSON |
| 1 | 18R369400 | 9/24/2005 | BATON ROUGE |
| 1 | 18R578159 | 9/24/2005 | JENNINGS |
| 1 | 18R290571 | 9/24/2005 | SULPHUR |
| 1 | 18R295606 | 9/24/2005 | LAKE CHARLES |
| 1 | 18R207473 | 9/23/2005 | TIOGA |
| 1 | 18R286805 | 9/23/2005 | LEESVILLE |
| 1 | 18R277872 | 9/24/2005 | DUBACH |
| 1 | 18R280998 | 9/24/2005 | SUNSET |
| 1 | 18R284598 | 9/24/2005 | MANY |