UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHLEEN AND GORDON SCHAFER, | * * * | CIVIL ACTION |
| Plaintiffs, | * * | NO. 06-8262 |
| VERSUS | * * * | SECTION "K"(2) |
| STATE FARM FIRE AND CASUALTY COMPANY AND XACTWARE SOLUTIONS, INC., | * * * * | JUDGE DUVAL |
| | * | MAGISTRATE CHASEZ |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MANUAL ATTACHMENT

EXHIBIT 5 TO EXHIBIT 1 IS A CD ON FILE WITH THE CLERK'S OFFICE.

EXHIBIT 2 IS A BOUND REPORT CONTAINING COLOR PHOTOGRAPHS ON FILE WITH THE CLERK'S OFFICE.

EXHIBIT 4 IS A DEPOSITION TRANSCRIPT THAT IS MARKED CONFIDENTIAL AND IS BEING FILED <u>UNDER SEAL</u> WITH THE CLERK'S OFFICE. LEAVE TO FILE THE DOCUMENT UNDER SEAL IS AUTHORIZED BY PARAGRAPH 16 OF THE PROTECTIVE ORDER ENTERED IN THIS CASE (REC. DOC. 111).