UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN SCHAFER** | * | **CIVIL ACTION: 06-8262** |
| **Wife of and/or GORDON SCHAFER** | * | |
| | * | **JUDGE: STANWOOD R. DUVAL, JR.** |
| **V.** | * | |
| | * | **SECTION: K** |
| **STATE FARM FIRE & CASUALTY** | * | |
| **COMPANY and XACTWARE, INC.** | * | **MAGISTRATE: 2** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION TO STRIKE ADRIAN'S SUPPLEMENTAL REPORT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Kathleen and Gordon Schafer, who move this Honorable Court to strike the supplemental report of James Adrian for reasons set forth in the supporting memorandum.

Respectfully Submitted,

      /s/ Soren Gisleson
**STEPHEN J. HERMAN**, La. Bar No. 23129
**SOREN E. GISLESON**, La. Bar No. 26302
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

        **T. CAREY WICKER, III**, La. Bar No. 13450
        **J. ALEX WATKINS,** La. Bar No. 29472
        **CAPITELLI & WICKER**
        1100 Poydras Street
        2950 Energy Centre
        New Orleans, Louisiana  70163-2950
        Telephone:  (504) 582-2425
        Fax No. (504) 582-2422
        E-Mail: JAW@Capitelliandwicker.com
        **COUNSEL FOR PLAINTIFFS.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion will be filed electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system thereby serving notice on all counsel this 20th day of March, 2009.

                                                     /s/  Soren Gisleson