**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KATHLEEN SCHAFER** | * | **CIVIL ACTION: 06-8262** |
| **Wife of and/or GORDON SCHAFER** | * | |
| | * | **JUDGE: STANWOOD R. DUVAL, JR.** |
| **V.** | * | |
| | * | **SECTION: K** |
| **STATE FARM FIRE & CASUALTY** | * | |
| **COMPANY and XACTWARE, INC.** | * | **MAGISTRATE: 2** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO STRIKE ADRIAN'S**

**SUPPLEMENTAL REPORT**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully

submit the instant Memorandum in Support of Motion to Strike Adrian's Supplemental Report.

State Farm is at it again. State Farm tried to sneak a "Supplemental Report" of its "expert"

James Adrian by attaching it to its Opposition to Plaintiffs' Motion for Class Certification. See

Adrian Supplemental Report, attached as Exhibit "A".

**I.    STATE FARM'S VIOLATING-THE-RULES-UNTIL-IT-GETS-CAUGHT**
**BEHAVIOR NEEDS TO END.**

It's "deja vu all over again." State Farm supplemented the report of Adrian. After expert

report deadlines. After discovery deadlines. Without leave from the Court. State Farm did not

notify Plaintiffs or the Court.

State Farm quietly supplemented the report and attached it for the first time to its Opposition

to Plaintiffs' Motion for Class Certification. The Supplemental Report was prepared in response

to Plaintiffs' legal memorandum.  Supplemental Report, at 1.  The report offers three brand new supplemental opinions: (1) the price comparisons on page 4 of Plaintiffs' memo are wrong; (2) one cannot rely upon the price comparisons on page 4 of Plaintiffs' memo; and (3) Plaintiffs' comparisons of unit prices are wrong because they are comparisons from different time periods.  Id. at 1-7.

Putting aside all of the arguments made by Plaintiffs in their Motion to Exclude Mr. Adrian's Testimony, this is a blatant violation of the discovery rules.  It needs to be remembered that Mr. Adrian is not responding to any expert because Plaintiffs never retained an expert.  Adrian is doing nothing more than responding to Plaintiffs' legal brief.

Adrian's Supplemental Report does conclusively show that he is only being used by State Farm to address merit issues.  His Supplemental Report strips away the pretense in his original report and focuses exclusively on whether prices are "adequate" or whether work can be performed for certain prices.  (Rather than belabor the merits issue, Plaintiffs incorporate all arguments made in their Memorandum to Exclude Adrian and their Reply.)

The bottom line is that State Farm's gamesmanship needs to end.  The Supplemental Report needs to be stricken as untimely and irrelevant.

WHEREFORE, Plaintiffs respectfully move that Adrian's Supplemental Report and Original Report be stricken.

This 20th day of March, 2009.

Respectfully Submitted,

/s/ Soren Gisleson
**STEPHEN J. HERMAN**, La. Bar No. 23129
**SOREN E. GISLESON**, La. Bar No. 26302
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com


**T. CAREY WICKER, III**, La. Bar No. 13450
**J. ALEX WATKINS,** La. Bar No. 29472
**CAPITELLI & WICKER**
1100 Poydras Street
2950 Energy Centre
New Orleans, Louisiana  70163-2950
Telephone:  (504) 582-2425
Fax No. (504) 582-2422
E-Mail: JAW@Capitelliandwicker.com

**COUNSEL FOR PLAINTIFFS.**


## CERTIFICATE  OF  SERVICE

I HEREBY CERTIFY that the above and foregoing Motion will be filed electronically with the

Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the

CM/ECF system thereby serving notice on all counsel this 20th day of March, 2009.


/s/  Soren Gisleson