UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHLEEN AND GORDON SCHAFER, | * CIVIL ACTION |
| Plaintiffs, | * NO. 06-8262 |
| VERSUS | * SECTION "K"(5) |
| STATE FARM FIRE AND CASUALTY COMPANY AND XACTWARE SOLUTIONS, INC., | * JUDGE DUVAL<br>* MAGISTRATE CHASEZ |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENTAL REPORT OF JAMES J. ADRIAN

My name is James J. Adrian. I was engaged by the law firm of Stone Pigman Walther Wittmann, LLC on behalf of State Farm Fire and Casualty Company ("State Farm") to offer my expert opinions with regard to State Farm's estimates and payments of homeowner claims in Louisiana for the time period of August 29, 2005 through the third quarter of 2008.

I have previously prepared and submitted my Expert Report on January 15, 2009. I have subsequently read the Plaintiffs' Memorandum in Support of Motion For Class Certification (Plaintiffs' Memorandum).

I am writing this Supplemental Report to respond to the cost comparisons on page 4 of Plaintiffs' Memorandum in which the Plaintiffs challenge State Farm's unit prices. Plaintiffs compare the unit prices for three items of work from a State Farm Xactimate price list to unit prices taken from a one-time list of the Home Builders Association of Greater New Orleans ("HBAGNO"). Plaintiffs also compare the same three unit prices from a State Farm Xactimate price list to the unit prices contained in the Craftsman 2006 Gulf Coast Reconstruction Estimator ("Craftsman Gulf Coast Estimator").

## SUMMARY OF SUPPLEMENTAL OPINION

**The unit price comparisons made on page 4 of the Plaintiffs' Memorandum do not support the Plaintiffs' contention that the State Farm Xactimate Price List contains unit prices that are insufficient to make homeowner repairs.**



**SUPPLEMENTAL OPINION ONE:**

Construction cost estimates are prepared by defining the scope of work to be performed, applying judgment about the specific work to be repaired, and applying a cost from various sources to the quantity of work required. Because an estimate is only a prediction of costs, one would expect some of the estimate components to be less and others to be more in one estimating system or source to another estimating system or source. The Plaintiffs' Memorandum has selected just three (3) items of work from a State Farm Xactimate Price List of over 10,000 distinct items.

A comparison of the three isolated unit prices obtained from two estimating sources is misleading. In my experience, when one looks at individual unit prices in two different estimating systems or data bases, one will find some unit prices that are higher in one estimating system, and others that are lower. It is my opinion that each claim file is different and one must analyze each claim file to determine if the total payment made to the homeowner is sufficient to make the repair.

1.1  In my original report, I compared three typical and frequent repair items of work. I did not make the comparison to illustrate that one source was always higher or lower. Instead, I included the comparison of three items in my report to illustrate that unit prices are sometimes higher, and sometimes lower from different sources

1.2  My review of the Schafer claim file indicates that there are in excess of forty individual items of work delineated in the Schafer repair estimate. The Plaintiffs' Memorandum gives no reason or support for their selection of the specific three items of work from the Schafer claim file that the Plaintiffs chose to list on page 4 of the Plaintiffs' Memorandum.

1.3  A comparison of the three isolated unit prices obtained from two estimating sources is misleading. Unit prices will vary in any two different estimating systems or sources; some unit prices in a source will be higher, some will be lower. A unit price comparison by itself also ignores the importance of considering the quantities of work and the total estimate for the overall repair required. For example, page 4 of the Plaintiffs' Memorandum indicates that the unit price for an R&R Furnace vent rain cap and storm collar, 5" is $34.09 as reported in the referenced State Farm Xactimate Price List (LANO5F5D3). The Plaintiffs' Memorandum compares this unit price of $34.09 to a unit price of $40 to $50 in the HBAGNO list and the $41.33 obtained from the Craftsman Gulf Coast Estimator. (As noted below in paragraph 2.1, it is not clear that this is an apples to apples comparison because the vents may be different sizes.) The unit prices listed for the Furnace vent is per "each". A typical homeowner repair would have one or two such vents.

1.4  In my original report, I compared three typical and frequent repair items. One of the three items for which I did do a unit price comparison was for 3 tab-25 yr.-composition shingle roofing-including felt. This repair item of work was part of the

State Farm estimate in the Schafer claim file. However, the Plaintiffs did not list this repair item of work in the unit price comparison made on page 4 of the Plaintiffs' Memorandum.

In the comparison of the unit prices for this roof repair item that I made in my original report, I illustrated that the unit price for the roofing replacement in the State Farm Xactimate Price List was $158.00 as compared to a unit price of $136.29 for Craftsman National Renovation & Insurance Repair Estimator, $117.45 for the Marshall & Swift Home Repair and Remodel Estimator, and $128.25 for the RS Means Cost Data. The unit prices are for a square of roofing replacement or 100 square feet.

1.5 I have now reviewed the Craftsman Gulf Coast Estimator cited on page 4 of the Plaintiff's Memorandum. My review of that cost book indicates a unit price of $139.58 per square for the above noted roof replacement for which the State Farm unit price is $158.00 per square. (The Gulf Coast price is adjusted for New Orleans. The backup documentation reflecting that price is attached as Exhibit 1.)

1.6 A typical roof repair would often include replacement of shingles and a furnace vent. I considered how the differences between the Craftsman and State Farm unit prices for shingles and vents would affect the total payment to the homeowner for the repair.

A common roof repair would have in excess of twelve or more squares of shingles. If one assumes 12 squares of replacement for a roof (note: the Schafer repair has 14.66 squares), the use of the State Farm Xactimate unit price would result in a payment to the homeowner of $158.00 per square times 12 squares or $1,896.00. If the lower unit price in the Craftsman Gulf Coast Estimator was used, the payment would be $139.58 times 12 squares or $1,674.96 or $221.04 lower than the payment calculated with the State Far unit price.

If the above noted roof repair also required the replacement of two furnace vents, the total payment obtained using the unit prices discussed above would be calculated as follows:

**Roof replace and vents replace**
**State Farm Xactimate Price List used for homeowner repair**

| Items | State Farm Xactimate Unit Price | Quantity of work | Total Payment |
|---|---|---|---|
| Replace roof | $158.00/ square | 12 squares | $1,896.00 |
| R&R Furnace vent | $34.09 / each | 2 vents | $68.18 |
| TOTAL using State Farm Xactimate Price List | | | $1,964.18 |

**Roof replace and vents replace**
**Craftsman Gulf Coast Estimator Price List used for homeowner repair**

| Items | Craftsman Gulf Coast Estimator | Quantity of work | Total Payment |
|---|---|---|---|
| Replace roof | $139.58/ square | 12 squares | $1,674.96 |
| R&R Furnace vent | $41.33 / each | 2 vents | $82.66 |
| TOTAL using Craftsman Gulf Coast Estimator Price List | | | $1,757.62 |

While the Craftsman Gulf Coast Estimator unit price for the Furnace vent is $7.24 higher than the State Farm Price list, the homeowner would receive $206.56 more for the total home repair based upon the State Farm Xactimate Price List. While one unit price is higher and one is lower in one estimate versus the other, the total repair comparison above reflects the quantities of work of each item as well as the unit prices. Comparing individual unit prices without looking at the quantities of work and the overall repair estimate is misleading as to whether the overall payment is sufficient to make homeowner repairs. In addition, the focus on unit prices fails to recognize the judgment used by the estimator in preparing the repair estimate.

Each and every claim file is different and each contains different items of work, and different quantities of work. Unit prices will vary when using two different cost estimating sources for the work required. One estimating source will have some unit prices that are higher and some that are lower than the other estimating source. One must look at each and every file separately to determine if the payment is sufficient to make the homeowner repairs.

**SUPPLEMENTAL OPINION TWO:**

**My review of items of work set out in various estimating cost books or sources of unit price data indicates that there are differences in the description of the item of work contained in the various cost books. There are differences in the item of work descriptions in each of the three estimating systems or sources for each of the three items cited on page 4 of the Plaintiffs' Memorandum. As such, one cannot rely on the comparison being made on page 4 of the Plaintiffs' Memorandum as support for the allegation that the State Farm Xactimate Price List contains unit prices that are insufficient to make the homeowner repairs.**

2.1   My review of the Plaintiffs' Memorandum indicates that on page 4, there is a unit price comparison of the following three items of work:

R&R Furnace vent rain cap and storm collar, 5"
R&R Siding vinyl
R&R Batt insulation – 4" R13

The sources for the unit prices cited on page 4 of Plaintiff Memorandum are set out in the footnotes on page 4 of the Plaintiffs' Memorandum as follows:

| SF Xactimate Price List | State Farm Xactimate Pricelist LANO5F5D3 (4th Quarter 2005) (10/3/2005) |
|---|---|
| HBAGNO | Affidavit John Luther |
| Craftsman Price | 2006 Gulf Coast Reconstruction Estimator (Craftsman Book Company) |

I have reviewed the sources for the three items of work set out on page 4 of the Plaintiffs' Memorandum and I have found the following differences in the item description for which the Plaintiffs have listed the unit prices on page 4 of the Plaintiffs' Memorandum.

| As stated on Page 4 of Plaintiffs' Memorandum | State Farm Xactimate Price List Description | HBAGNO Price List Description | Craftsman Gulf Coast Estimator Description | COMMENTS |
|---|---|---|---|---|
| R&R Furnace vent rain cap and storm collar-5" | RR Furnace vent rain cap and storm collar 5" | Vents | Furnace Vent Cap | The State Farm Xactimate Price List has three different sizes of furnace vents; 5", 6", and 8". The HBAGNO and Craftsman Gulf Coast Estimator sources do not state a size of vent. |
| R&R Siding vinyl | Siding-vinyl | Sheet Vinyl: Average grade. | Vinyl siding, includes siding with trim pieces, fasteners, and installation; 4% waste, replace standard grade, remove | The comparison is being made against the lowest grade State Farm Xactimate has listed; State Farm Xactimate Price List also has a high grade and premium grade. |
| R&R Batt insulation- 4"-R13 | Batt Insulation 4" – R13 | Insulation R-13 batt insulation | R11 – 3 1/2" Batt Insulation | Different thicknesses of insulation are being compared. |

From the above illustration, one can see that the item description is different for each item for each of the three estimating sources listed.

2.2  In addition to the item descriptions differing, my prior review summarized in my original report indicates that what is contained in the unit prices varies from one estimating systems or source to another. For example, in my original report, I illustrated that what was included in the unit prices for the State Farm Xactimate Price List and the Craftsman National Renovation & Insurance Repair Estimator Price List were different.

**SUPPLEMENTAL OPINION THREE:**

**Unit prices for specific items of work vary as to being higher and lower as a function of time and location. In order to make a meaningful comparison between unit prices listed for specific items of work for different estimating systems or sources, one must compare them at a specific point in time for a specific location. The Plaintiffs' Memorandum compares unit prices for three selected items of work using pricing information at different points in time and possibly for different geographic areas.**

3.1  The Plaintiffs' Memorandum on page 4 identifies the source of data for the unit price comparisons. I have listed these sources above in my Supplemental Opinion Two. The Plaintiffs' Memorandum compares the unit prices for a specific month for the State Farm Price List (October 2005) to an undefined time period for the HBAGNO list and the one-time published Craftsman Gulf Coast Estimator that has a copyright of 2006. A date of publication is not listed in the Craftsman Gulf Coast Estimator book. The State Farm Xactimate Price List being cited in the Plaintiffs' Memorandum is for a specific month. The other two cost price sources are evidently "averages" for a longer time period. These are not like comparisons.

3.2  State Farm has price lists for nine specific pricing areas in Louisiana. One of the nine pricing areas is identified as "New Orleans". The Craftsman Gulf Coast Estimator cited by the Plaintiffs' Memorandum list average prices, which one modifies with "area modifiers factors" listed in the book. The Gulf Coast book cited contains 30 Louisiana cities with specific modifiers for each. One of the thirty cities listed is "New Orleans." (See attached Exhibit 1.)

The fact that State Farm has prices lists for nine pricing areas for Louisiana and the Craftsman Gulf Coast Estimator book lists thirty cities for the same state raises a question as to whether the geographic areas are the same. It is likewise not clear that the HBAGNO pricing is for the same geographic area.

_____
James J. Adrian

_____
3-11-2009
Date

Page 393-2006 Gulf Coast Reconstruction Estimator

25 year asphalt shingle (220-240lb)

| | | New Orleans | |
|---|---|---|---|
| Replace Materials | 59.40 | 1.10 | 65.34 |
| Labor | 65.70 | 1.13 | 74.24 |
| total | 125.10 | | 139.58 |

EXHIBIT 1



Craftsman

# 2006 GULF COAST RECONSTRUCTION ESTIMATOR

Edited by Jonathan Russell

*Estimating CD-ROM Enclosed*

**Labor, Material & Equipment Costs for Insurance Repair & Restoration Work in Hurricane-Damaged Gulf Coast Regions**

# 31 Roofing

| Item Description | Unit | Remove | Replace | Total | |
|---|---|---|---|---|---|
| Minimum charge for roofing work<br>Replace Materials......80.00   Labor......63.20 | ea | — | $143.20 | $143.20 | ◄ **MINIMUM** |
| Add 35% for steep roofs 6-12 to 8-12 slope | | | | | ◄ **ADD FOR STEEP &<br>COMPLEX ROOFS**<br>Cut-up roofs contain four<br>to six intersecting roof<br>lines. Very cut-up roofs<br>contain seven or more. |
| Add 50% for steep roofs greater than 8-12 slope | | | | | |
| Add 30% for cut-up roof | | | | | |
| Add 50% for very cut-up roof | | | | | |
| Aluminum shingles, .02" thick, natural finish<br>Replace Materials......284.00   Labor......56.20<br>Remove                     Labor......32.90 | sq | $32.90 | $340.20 | $373.10 | ◄ **ALUMINUM<br>SHINGLES**<br>See Roofing box<br>on page 394. |
| Aluminum shingles, .03" thick, natural finish<br>Replace Materials......305.00   Labor......56.20<br>Remove                     Labor......32.90 | sq | $32.90 | $361.20 | $394.10 | |
| Add 20% for colored aluminum shingles (all colors) | | | | | ◄ add for colored finish |
| Galvanized steel shingles, 26 gauge, natural finish<br>Replace Materials......211.00   Labor......58.80<br>Remove                     Labor......32.90 | sq | $32.90 | $269.80 | $302.70 | ◄ **GALVANIZED<br>STEEL SHINGLES**<br>See Roofing box<br>on page 394. |
| Galvanized steel shingles, 24 gauge, natural finish<br>Replace Materials......221.00   Labor......58.80<br>Remove                     Labor......32.90 | sq | $32.90 | $279.80 | $312.70 | |
| Galvanized steel shingles, 22 gauge, natural finish<br>Replace Materials......242.00   Labor......58.80<br>Remove                     Labor......32.90 | sq | $32.90 | $300.80 | $333.70 | |
| Add 21% for galvanized steel shingles with baked enamel factory finish | | | | | ◄ add for colored finish |
| Add 10% for metal shingles with 1" polystyrene insulation | | | | | ◄ add for insulation |
| Minimum charge for metal shingle roof repair<br>Replace Materials......50.00   Labor......106.00 | ea | — | $156.00 | $156.00 | ◄ **MINIMUM METAL<br>SHINGLES** |
| 20 year asphalt shingles (210 to 230 lb)<br>Replace Materials......44.40   Labor......65.70<br>Remove                    Labor......32.20 | sq | $32.20 | $110.10 | $142.30 | ◄ **ASPHALT<br>SHINGLES**<br>See Roofing box<br>on page 394. Prices are<br>for standard three tab<br>shingles. Add 14% for 4<br>to 6 tab. Add 16% for<br>thatch style edge. Add<br>15% for shingles with<br>cut-outs. Add 10% for<br>textured shingles. |
| 25 year asphalt shingles (220 to 240 lb)<br>Replace Materials......59.40   Labor......65.70<br>Remove                    Labor......32.20 | sq | $32.20 | $125.10 | $157.30 | |
| 30 year asphalt shingles (240 to 260 lb)<br>Replace Materials......80.60   Labor......67.30<br>Remove                    Labor......32.20 | sq | $32.20 | $147.90 | $180.10 | |
| 40 year asphalt shingles (260 to 300 lb)<br>Replace Materials......97.20   Labor......67.30<br>Remove                    Labor......32.20 | sq | $32.20 | $164.50 | $196.70 | **RELATED ITEMS**<br>Rough Carpentry<br>chimney cricket......444 |

| | MATERIAL | LABOR | EQUIPMENT | | MATERIAL | LABOR | EQUIPMENT | | MATERIAL | LABOR | EQUIPMENT | | MATERIAL | LABOR | EQUIPMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LOUISIANA** | | | | | | | | | | | | | | | |
| Abbeville | .4 | 7 | 6 | Cameron | .6 | 8 | 10 | Lafayette | .3 | 4 | 5 | Monroe | .0 | 4 | 0 |
| Concrete | .6 | 7 | 7 | Concrete | .9 | 8 | 8 | Concrete | .4 | 4 | 4 | Concrete | .2 | 4 | 2 |
| Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | |
| Carpentry, Paneling, Stairs | .2 | 7 | — | Carpentry, Paneling, Stairs | .4 | 5 | — | Carpentry, Paneling, Stairs | .2 | 4 | — | Carpentry, Paneling, Stairs | .0 | 0 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .4 | 6 | 4 | Drywall, Plaster & Stucco, Swimming Pools | .7 | 6 | 4 | Drywall, Plaster & Stucco, Swimming Pools | .4 | 5 | 3 | Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .2 | 5 | — | Electrical, Appliances, HVAC | .4 | 5 | — | Electrical, Appliances, HVAC | .2 | 3 | — | Electrical, Appliances, HVAC | .0 | 0 | — |
| Excavation, Demolition & Hauling | .2 | 7 | 12 | Excavation, Demolition & Hauling | .4 | 6 | 13 | Excavation, Demolition & Hauling | .2 | 5 | 11 | Excavation, Demolition & Hauling | .0 | 0 | 0 |
| Flooring, Tile | .2 | 6 | — | Flooring, Tile | .4 | 6 | — | Flooring, Tile | .2 | 5 | — | Flooring, Tile | .0 | 0 | — |
| Fences, Rough Carpentry | .2 | 5 | — | Fences, Rough Carpentry | .4 | 5 | — | Fences, Rough Carpentry | .2 | 5 | — | Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .2 | 5 | 4 | Masonry, Fireplaces, Retaining Walls | .5 | 5 | 8 | Masonry, Fireplaces, Retaining Walls | .2 | 4 | 4 | Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .2 | 7 | 4 | Painting, Cleaning, Water Ext., Mold Remed. | .6 | 5 | 6 | Painting, Cleaning, Water Ext., Mold Remed. | .2 | 5 | 4 | Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .2 | 5 | — | Plumbing | .4 | 5 | — | Plumbing | .2 | 5 | — | Plumbing | .0 | 0 | — |
| Roofing | .7 | 9 | — | Roofing | 10 | 10 | — | Roofing | .7 | 5 | — | Roofing | .4 | 5 | — |
| Siding, Outbuildings | .2 | 6 | — | Siding, Outbuildings | .4 | 5 | — | Siding, Outbuildings | .2 | 4 | — | Siding, Outbuildings | .0 | 0 | — |
| Windows | .4 | 5 | — | Windows | .5 | 5 | — | Windows | .4 | 4 | — | Windows | .0 | 0 | — |
| All other chapters | .2 | 5 | — | All other chapters | .4 | 5 | — | All other chapters | .2 | 3 | — | All other chapters | .0 | 0 | — |
| Alexandria | .2 | 4 | 2 | Haynesville | .0 | -1 | 0 | Lake Charles | .6 | 7 | 8 | Morgan City | .5 | 8 | 10 |
| Concrete | .2 | 5 | 2 | Concrete | .2 | 0 | 1 | Concrete | .9 | 8 | 8 | Concrete | .8 | 8 | 8 |
| Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | |
| Carpentry, Paneling, Stairs | .0 | 3 | — | Carpentry, Paneling, Stairs | .0 | -2 | — | Carpentry, Paneling, Stairs | .4 | 5 | — | Carpentry, Paneling, Stairs | .4 | 5 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 4 | 1 | Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 | Drywall, Plaster & Stucco, Swimming Pools | .5 | 6 | 4 | Drywall, Plaster & Stucco, Swimming Pools | .6 | 6 | 4 |
| Electrical, Appliances, HVAC | .0 | 2 | — | Electrical, Appliances, HVAC | .0 | -2 | — | Electrical, Appliances, HVAC | .4 | 5 | — | Electrical, Appliances, HVAC | .4 | 5 | — |
| Excavation, Demolition & Hauling | .0 | 4 | 3 | Excavation, Demolition & Hauling | .0 | 0 | 0 | Excavation, Demolition & Hauling | .4 | 6 | 13 | Excavation, Demolition & Hauling | .4 | 6 | 13 |
| Flooring, Tile | .0 | 3 | — | Flooring, Tile | .0 | -2 | — | Flooring, Tile | .4 | 6 | — | Flooring, Tile | .4 | 6 | — |
| Fences, Rough Carpentry | .0 | 4 | — | Fences, Rough Carpentry | .0 | 0 | — | Fences, Rough Carpentry | .4 | 5 | — | Fences, Rough Carpentry | .4 | 5 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 3 | 3 | Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 | Masonry, Fireplaces, Retaining Walls | .5 | 5 | 8 | Masonry, Fireplaces, Retaining Walls | .5 | 5 | 8 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 4 | 2 | Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 | Painting, Cleaning, Water Ext., Mold Remed. | .5 | 5 | 6 | Painting, Cleaning, Water Ext., Mold Remed. | .5 | 5 | 6 |
| Plumbing | .0 | 3 | — | Plumbing | .0 | -2 | — | Plumbing | .4 | 5 | — | Plumbing | .4 | 5 | — |
| Roofing | .4 | 7 | — | Roofing | .4 | 3 | — | Roofing | .6 | 11 | — | Roofing | .8 | 10 | — |
| Siding, Outbuildings | .0 | 4 | — | Siding, Outbuildings | .0 | -2 | — | Siding, Outbuildings | .5 | 5 | — | Siding, Outbuildings | .4 | 5 | — |
| Windows | .0 | 3 | — | Windows | .0 | -2 | — | Windows | .5 | 5 | — | Windows | .5 | 5 | — |
| All other chapters | .0 | 3 | — | All other chapters | .0 | -2 | — | All other chapters | .4 | 5 | — | All other chapters | .4 | 5 | — |
| Amite | .2 | 4 | 2 | Homer | .0 | -2 | 0 | Leesville | .2 | 4 | 2 | Natchitoches | .0 | 0 | 0 |
| Concrete | .2 | 5 | 2 | Concrete | .2 | 0 | 0 | Concrete | .2 | 5 | 2 | Concrete | .2 | 0 | 1 |
| Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | |
| Carpentry, Paneling, Stairs | .0 | 3 | — | Carpentry, Paneling, Stairs | .0 | -2 | — | Carpentry, Paneling, Stairs | .0 | 3 | — | Carpentry, Paneling, Stairs | .0 | -1 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 4 | 1 | Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 | Drywall, Plaster & Stucco, Swimming Pools | .0 | 4 | 1 | Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | 2 | — | Electrical, Appliances, HVAC | .0 | -3 | — | Electrical, Appliances, HVAC | .0 | 2 | — | Electrical, Appliances, HVAC | .0 | -2 | — |
| Excavation, Demolition & Hauling | .0 | 4 | 2 | Excavation, Demolition & Hauling | .0 | 0 | 0 | Excavation, Demolition & Hauling | .0 | 4 | 3 | Excavation, Demolition & Hauling | .0 | 0 | 0 |
| Flooring, Tile | .0 | 3 | — | Flooring, Tile | .0 | -2 | — | Flooring, Tile | .0 | 3 | — | Flooring, Tile | .0 | -1 | — |
| Fences, Rough Carpentry | .0 | 4 | — | Fences, Rough Carpentry | .0 | 0 | — | Fences, Rough Carpentry | .0 | 4 | — | Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 4 | 2 | Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 | Masonry, Fireplaces, Retaining Walls | .0 | 3 | 3 | Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 4 | 2 | Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 | Painting, Cleaning, Water Ext., Mold Remed. | .0 | 4 | 2 | Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | 3 | — | Plumbing | .0 | -2 | — | Plumbing | .0 | 3 | — | Plumbing | .0 | -2 | — |
| Roofing | .4 | 7 | — | Roofing | .4 | 3 | — | Roofing | .4 | 7 | — | Roofing | .4 | 3 | — |
| Siding, Outbuildings | .0 | 4 | — | Siding, Outbuildings | .0 | -2 | — | Siding, Outbuildings | .0 | 4 | — | Siding, Outbuildings | .0 | 0 | — |
| Windows | .0 | 3 | — | Windows | .0 | -2 | — | Windows | .0 | 3 | — | Windows | .0 | -2 | — |
| All other chapters | .0 | 3 | — | All other chapters | .0 | -2 | — | All other chapters | .0 | 3 | — | All other chapters | .0 | -2 | — |
| Bastrop | .0 | 0 | 0 | Houma | .5 | 8 | 10 | Mansfield | .0 | -1 | 0 | New Orleans | .7 | 9 | 9 |
| Concrete | .2 | 4 | 2 | Concrete | .9 | 8 | 8 | Concrete | .2 | 0 | 1 | Concrete | .9 | 9 | 9 |
| Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | |
| Carpentry, Paneling, Stairs | .0 | 0 | — | Carpentry, Paneling, Stairs | .4 | 5 | — | Carpentry, Paneling, Stairs | .0 | -2 | — | Carpentry, Paneling, Stairs | .5 | 8 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 | Drywall, Plaster & Stucco, Swimming Pools | .5 | 6 | 4 | Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 | Drywall, Plaster & Stucco, Swimming Pools | .7 | 10 | 8 |
| Electrical, Appliances, HVAC | .0 | 0 | — | Electrical, Appliances, HVAC | .4 | 5 | — | Electrical, Appliances, HVAC | .0 | -2 | — | Electrical, Appliances, HVAC | .4 | 8 | — |
| Excavation, Demolition & Hauling | .0 | 0 | 0 | Excavation, Demolition & Hauling | .4 | 6 | 12 | Excavation, Demolition & Hauling | .0 | 0 | 0 | Excavation, Demolition & Hauling | .4 | 10 | 13 |
| Flooring, Tile | .0 | 0 | — | Flooring, Tile | .4 | 6 | — | Flooring, Tile | .0 | -2 | — | Flooring, Tile | .5 | 7 | — |
| Fences, Rough Carpentry | .0 | 0 | — | Fences, Rough Carpentry | .4 | 5 | — | Fences, Rough Carpentry | .0 | 0 | — | Fences, Rough Carpentry | .5 | 8 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 | Masonry, Fireplaces, Retaining Walls | .5 | 5 | 8 | Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 | Masonry, Fireplaces, Retaining Walls | .5 | 8 | 9 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 | Painting, Cleaning, Water Ext., Mold Remed. | .5 | 5 | 6 | Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 | Painting, Cleaning, Water Ext., Mold Remed. | .5 | 9 | 8 |
| Plumbing | .0 | 0 | — | Plumbing | .4 | 5 | — | Plumbing | .0 | -2 | — | Plumbing | .5 | 7 | — |
| Roofing | .4 | 5 | — | Roofing | .8 | 10 | — | Roofing | .4 | 3 | — | Roofing | 10 | 13 | — |
| Siding, Outbuildings | .0 | 0 | — | Siding, Outbuildings | .4 | 5 | — | Siding, Outbuildings | .0 | -2 | — | Siding, Outbuildings | .9 | 7 | — |
| Windows | .0 | 0 | — | Windows | .5 | 5 | — | Windows | .0 | -2 | — | Windows | .8 | 7 | — |
| All other chapters | .0 | 0 | — | All other chapters | .4 | 5 | — | All other chapters | .0 | -2 | — | All other chapters | .5 | 6 | — |
| Baton Rouge | .3 | 4 | 6 | Jena | .2 | 3 | 2 | Marksville | .0 | 4 | 2 | New Roads | .2 | 4 | 6 |
| Concrete | .4 | 4 | 4 | Concrete | .2 | 4 | 2 | Concrete | .2 | 4 | 2 | Concrete | .4 | 4 | 4 |
| Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | | Doors, Cabinets, Columns, Finish | | | |
| Carpentry, Paneling, Stairs | .2 | 4 | — | Carpentry, Paneling, Stairs | .0 | 3 | — | Carpentry, Paneling, Stairs | .0 | 3 | — | Carpentry, Paneling, Stairs | .2 | 4 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .4 | 5 | 3 | Drywall, Plaster & Stucco, Swimming Pools | .0 | 3 | 1 | Drywall, Plaster & Stucco, Swimming Pools | .0 | 3 | 1 | Drywall, Plaster & Stucco, Swimming Pools | .4 | 5 | 3 |
| Electrical, Appliances, HVAC | .2 | 3 | — | Electrical, Appliances, HVAC | .0 | 2 | — | Electrical, Appliances, HVAC | .0 | 2 | — | Electrical, Appliances, HVAC | .2 | 3 | — |
| Excavation, Demolition & Hauling | .2 | 5 | 11 | Excavation, Demolition & Hauling | .0 | 4 | 3 | Excavation, Demolition & Hauling | .0 | 4 | 4 | Excavation, Demolition & Hauling | .2 | 5 | 9 |
| Flooring, Tile | .2 | 5 | — | Flooring, Tile | .0 | 3 | — | Flooring, Tile | .0 | 3 | — | Flooring, Tile | .2 | 4 | — |
| Fences, Rough Carpentry | .2 | 5 | — | Fences, Rough Carpentry | .0 | 3 | — | Fences, Rough Carpentry | .0 | 4 | — | Fences, Rough Carpentry | .2 | 4 | — |
| Masonry, Fireplaces, Retaining Walls | .2 | 4 | 4 | Masonry, Fireplaces, Retaining Walls | .0 | 3 | 2 | Masonry, Fireplaces, Retaining Walls | .0 | 3 | 3 | Masonry, Fireplaces, Retaining Walls | .2 | 4 | 4 |
| Painting, Cleaning, Water Ext., Mold Remed. | .2 | 5 | 4 | Painting, Cleaning, Water Ext., Mold Remed. | .0 | 4 | 2 | Painting, Cleaning, Water Ext., Mold Remed. | .0 | 4 | 2 | Painting, Cleaning, Water Ext., Mold Remed. | .2 | 5 | 4 |
| Plumbing | .2 | 5 | — | Plumbing | .0 | 3 | — | Plumbing | .0 | 3 | — | Plumbing | .2 | 5 | — |
| Roofing | .7 | 5 | — | Roofing | .4 | 5 | — | Roofing | .4 | 7 | — | Roofing | .7 | 5 | — |
| Siding, Outbuildings | .2 | 4 | — | Siding, Outbuildings | .0 | 4 | — | Siding, Outbuildings | .0 | 4 | — | Siding, Outbuildings | .2 | 4 | — |
| Windows | .4 | 4 | — | Windows | .0 | 3 | — | Windows | .0 | 3 | — | Windows | .4 | 4 | — |
| All other chapters | .2 | 3 | — | All other chapters | .0 | 3 | — | All other chapters | .0 | 3 | — | All other chapters | .2 | 3 | — |

Column headers (repeated for each section): **MATERIAL | LABOR | EQUIPMENT**

## LOUISIANA continued

| Location / Category | MAT | LAB | EQP |
|---|---|---|---|
| **Oakdale** | .2 | 3 | 6 |
| Concrete | .4 | 4 | — |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .2 | 3 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .4 | 5 | 3 |
| Electrical, Appliances, HVAC | .2 | 3 | — |
| Excavation, Demolition & Hauling | .2 | 5 | 9 |
| Flooring, Tile | .2 | 3 | — |
| Fences, Rough Carpentry | .2 | 3 | — |
| Masonry, Fireplaces, Retaining Walls | .2 | 3 | 4 |
| Painting, Cleaning, Water Ext., Mold Remed. | .2 | 4 | 4 |
| Plumbing | .2 | 3 | — |
| Roofing | .7 | 5 | — |
| Siding, Outbuildings | .2 | 3 | — |
| Windows | .4 | 3 | — |
| All other chapters | .2 | 3 | — |
| **Opelousas** | .3 | 4 | 6 |
| Concrete | .4 | 4 | — |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .2 | 4 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .4 | 5 | 3 |
| Electrical, Appliances, HVAC | .2 | 3 | — |
| Excavation, Demolition & Hauling | .2 | 5 | 11 |
| Flooring, Tile | .2 | 5 | — |
| Fences, Rough Carpentry | .2 | 5 | — |
| Masonry, Fireplaces, Retaining Walls | .2 | 4 | 4 |
| Painting, Cleaning, Water Ext., Mold Remed. | .2 | 5 | 4 |
| Plumbing | .2 | 5 | — |
| Roofing | .7 | 5 | — |
| Siding, Outbuildings | .2 | 4 | — |
| Windows | .4 | 4 | — |
| All other chapters | .2 | 3 | — |
| **Port Sulphur** | .7 | 9 | 9 |
| Concrete | .9 | 9 | — |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .5 | 8 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .7 | 10 | 8 |
| Electrical, Appliances, HVAC | .4 | 8 | — |
| Excavation, Demolition & Hauling | .4 | 10 | 13 |
| Flooring, Tile | .5 | 7 | — |
| Fences, Rough Carpentry | .6 | 8 | — |
| Masonry, Fireplaces, Retaining Walls | .6 | 8 | 9 |
| Painting, Cleaning, Water Ext., Mold Remed. | .8 | 9 | 8 |
| Plumbing | .5 | 7 | — |
| Roofing | .10 | 13 | — |
| Siding, Outbuildings | .9 | 7 | — |
| Windows | .8 | 7 | — |
| All other chapters | .5 | 6 | — |
| **Ruston** | .0 | 1 | 0 |
| Concrete | .2 | 4 | 2 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | 0 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | 0 | — |
| Excavation, Demolition & Hauling | .0 | 0 | 0 |
| Flooring, Tile | .0 | 0 | — |
| Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | 0 | — |
| Roofing | .4 | 5 | — |
| Siding, Outbuildings | .0 | 0 | — |
| Windows | .0 | 0 | — |
| All other chapters | .0 | 0 | — |
| **Shreveport** | .0 | 0 | 0 |
| Concrete | .2 | 4 | 2 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | 0 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 2 | 1 |
| Electrical, Appliances, HVAC | .0 | 0 | — |
| Excavation, Demolition & Hauling | .0 | 4 | 3 |
| Flooring, Tile | .0 | 0 | — |
| Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | 0 | — |
| Roofing | .4 | 5 | — |
| Siding, Outbuildings | .0 | 0 | — |
| Windows | .0 | 0 | — |
| All other chapters | .0 | 0 | — |
| **Slidell** | .6 | 8 | 8 |
| Concrete | .9 | 8 | 8 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .5 | 8 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .7 | 8 | 8 |
| Electrical, Appliances, HVAC | .4 | 8 | — |
| Excavation, Demolition & Hauling | .4 | 9 | 11 |
| Flooring, Tile | .5 | 7 | — |
| Fences, Rough Carpentry | .6 | 8 | — |
| Masonry, Fireplaces, Retaining Walls | .6 | 8 | 9 |
| Painting, Cleaning, Water Ext., Mold Remed. | .9 | 8 | 7 |
| Plumbing | .5 | 7 | — |
| Roofing | .8 | 10 | — |
| Siding, Outbuildings | .9 | 7 | — |
| Windows | .8 | 7 | — |
| All other chapters | .5 | 6 | — |
| **Springhill** | .0 | -1 | 0 |
| Concrete | .2 | 0 | 1 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | -2 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | -2 | — |
| Excavation, Demolition & Hauling | .0 | 0 | 0 |
| Flooring, Tile | .0 | -2 | — |
| Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | -2 | — |
| Roofing | .4 | 3 | — |
| Siding, Outbuildings | .0 | -2 | — |
| Windows | .0 | -2 | — |
| All other chapters | .0 | -2 | — |
| **Tallulah** | .0 | 1 | 0 |
| Concrete | .2 | 4 | 2 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | 0 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | 0 | — |
| Excavation, Demolition & Hauling | .0 | 3 | 3 |
| Flooring, Tile | .0 | 0 | — |
| Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | 0 | — |
| Roofing | .4 | 5 | — |
| Siding, Outbuildings | .0 | 0 | — |
| Windows | .0 | 0 | — |
| All other chapters | .0 | 0 | — |
| **Ville Platte** | .3 | 4 | 5 |
| Concrete | .4 | 4 | 4 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .2 | 4 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .4 | 5 | 3 |
| Electrical, Appliances, HVAC | .2 | 3 | — |
| Excavation, Demolition & Hauling | .2 | 4 | 9 |
| Flooring, Tile | .2 | 5 | — |
| Fences, Rough Carpentry | .2 | 5 | — |
| Masonry, Fireplaces, Retaining Walls | .2 | 4 | 4 |
| Painting, Cleaning, Water Ext., Mold Remed. | .2 | 4 | 4 |
| Plumbing | .2 | 5 | — |
| Roofing | .7 | 5 | — |
| Siding, Outbuildings | .2 | 4 | — |
| Windows | .4 | 4 | — |
| All other chapters | .2 | 3 | — |
| **Winnsboro** | .0 | 0 | 0 |
| Concrete | .2 | 3 | 2 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | 0 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | 0 | — |
| Excavation, Demolition & Hauling | .0 | 2 | 1 |
| Flooring, Tile | .0 | 0 | — |
| Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | 0 | — |
| Roofing | .2 | 4 | — |
| Siding, Outbuildings | .0 | 0 | — |
| Windows | .0 | 0 | — |
| All other chapters | .0 | 0 | — |

## MISSISSIPPI

| Location / Category | MAT | LAB | EQP |
|---|---|---|---|
| **Aberdeen** | .0 | 0 | 0 |
| Concrete | .2 | 4 | 2 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | 0 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | 0 | — |
| Excavation, Demolition & Hauling | .0 | 2 | 2 |
| Flooring, Tile | .0 | 0 | — |
| Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | 0 | — |
| Roofing | .2 | 2 | — |
| Siding, Outbuildings | .0 | 0 | — |
| Windows | .0 | 0 | — |
| All other chapters | .0 | 0 | — |
| **Biloxi** | .7 | 9 | 9 |
| Concrete | .8 | 9 | 9 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .5 | 8 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .7 | 10 | 8 |
| Electrical, Appliances, HVAC | .4 | 8 | — |
| Excavation, Demolition & Hauling | .4 | 10 | 11 |
| Flooring, Tile | .5 | 7 | — |
| Fences, Rough Carpentry | .6 | 8 | — |
| Masonry, Fireplaces, Retaining Walls | .6 | 8 | 9 |
| Painting, Cleaning, Water Ext., Mold Remed. | .7 | 9 | 8 |
| Plumbing | .5 | 7 | — |
| Roofing | .10 | 11 | — |
| Siding, Outbuildings | .8 | 7 | — |
| Windows | .8 | 7 | — |
| All other chapters | .5 | 6 | — |
| **Booneville** | .0 | -1 | 0 |
| Concrete | .2 | 0 | 2 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | -2 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .1 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | -3 | — |
| Excavation, Demolition & Hauling | .0 | 2 | 2 |
| Flooring, Tile | .0 | -2 | — |
| Fences, Rough Carpentry | .0 | -2 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | -1 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | -1 | — |
| Roofing | .2 | 4 | — |
| Siding, Outbuildings | .0 | 1 | — |
| Windows | .0 | 0 | — |
| All other chapters | .0 | 0 | — |
| **Brandon** | .0 | 1 | 0 |
| Concrete | .4 | 4 | 4 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .1 | 0 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | 0 | — |
| Excavation, Demolition & Hauling | .0 | 3 | 1 |
| Flooring, Tile | .0 | 0 | — |
| Fences, Rough Carpentry | .1 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | 0 | — |
| Roofing | .2 | 4 | — |
| Siding, Outbuildings | .0 | 0 | — |
| Windows | .0 | 0 | — |
| All other chapters | .0 | 0 | — |
| **Brookhaven** | .0 | 0 | 0 |
| Concrete | .0 | 1 | 0 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | 0 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | 0 | — |
| Excavation, Demolition & Hauling | .0 | 2 | 0 |
| Flooring, Tile | .0 | 0 | — |
| Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | 0 | — |
| Roofing | .2 | 4 | — |
| Siding, Outbuildings | .0 | 0 | — |
| Windows | .0 | 0 | — |
| All other chapters | .0 | 0 | — |
| **Canton** | .2 | 3 | 2 |
| Concrete | .4 | 4 | 1 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .2 | 3 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .3 | 5 | 1 |
| Electrical, Appliances, HVAC | .2 | 3 | — |
| Excavation, Demolition & Hauling | .2 | 5 | 4 |
| Flooring, Tile | .2 | 3 | — |
| Fences, Rough Carpentry | .2 | 3 | — |
| Masonry, Fireplaces, Retaining Walls | .2 | 3 | 2 |
| Painting, Cleaning, Water Ext., Mold Remed. | .2 | 4 | 2 |
| Plumbing | .2 | 3 | — |
| Roofing | .4 | 5 | — |
| Siding, Outbuildings | .2 | 3 | — |
| Windows | .4 | 3 | — |
| All other chapters | .2 | 3 | — |
| **Cleveland** (Bolivar County) | .0 | 0 | 0 |
| Concrete | .2 | 4 | 2 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | 0 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | 0 | — |
| Excavation, Demolition & Hauling | .0 | 2 | 2 |
| Flooring, Tile | .0 | 0 | — |
| Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | 0 | — |
| Roofing | .2 | 2 | — |
| Siding, Outbuildings | .0 | 0 | — |
| Windows | .0 | 0 | — |
| All other chapters | .0 | 0 | — |
| **Columbia** | .0 | 1 | 0 |
| Concrete | .1 | 3 | 2 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | 0 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | 0 | — |
| Excavation, Demolition & Hauling | .0 | 3 | 1 |
| Flooring, Tile | .0 | 0 | — |
| Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | 0 | — |
| Roofing | .2 | 4 | — |
| Siding, Outbuildings | .0 | 0 | — |
| Windows | .0 | 0 | — |
| All other chapters | .0 | 0 | — |
| **Greenville** | .0 | 2 | 0 |
| Concrete | .1 | 3 | 2 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | 2 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 1 | 0 |
| Electrical, Appliances, HVAC | .0 | 1 | — |
| Excavation, Demolition & Hauling | .0 | 3 | 1 |
| Flooring, Tile | .0 | 2 | — |
| Fences, Rough Carpentry | .0 | 2 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 1 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 3 | 0 |
| Plumbing | .0 | 1 | — |
| Roofing | .2 | 4 | — |
| Siding, Outbuildings | .0 | 2 | — |
| Windows | .0 | 2 | — |
| All other chapters | .0 | 1 | — |
| **Grenada** | .0 | 0 | 0 |
| Concrete | .0 | 0 | 0 |
| Doors, Cabinets, Columns, Finish Carpentry, Paneling, Stairs | .0 | 0 | — |
| Drywall, Plaster & Stucco, Swimming Pools | .0 | 0 | 0 |
| Electrical, Appliances, HVAC | .0 | 0 | — |
| Excavation, Demolition & Hauling | .0 | 2 | 0 |
| Flooring, Tile | .0 | 0 | — |
| Fences, Rough Carpentry | .0 | 0 | — |
| Masonry, Fireplaces, Retaining Walls | .0 | 0 | 0 |
| Painting, Cleaning, Water Ext., Mold Remed. | .0 | 0 | 0 |
| Plumbing | .0 | 0 | — |
| Roofing | .0 | 5 | — |
| Siding, Outbuildings | .0 | 0 | — |
| Windows | .0 | 0 | — |
| All other chapters | .0 | 0 | — |