UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN SCHAFER** | * | **CIVIL ACTION: 06-8262** |
| **Wife of and/or GORDON SCHAFER** | * | |
| | * | **JUDGE: STANWOOD R. DUVAL, JR.** |
| **V.** | * | |
| | * | **SECTION: K** |
| **STATE FARM FIRE & CASUALTY** | * | |
| **COMPANY and XACTWARE, INC.** | * | **MAGISTRATE: 2** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**LET IT BE KNOWN** that the hearing on Plaintiffs' Motion to Strike Adrian's Supplemental Report is scheduled for April 15, 2009 at 9:30 a.m. at the United States District Court for the Eastern District of Louisiana at 500 Camp Street, New Orleans, Louisiana, before Honorable Judge Stanwood Duval, Jr.

Respectfully Submitted,

　　　**/s/ Soren Gisleson**　　　
**STEPHEN J. HERMAN**, La. Bar No. 23129
**SOREN E. GISLESON**, La. Bar No. 26302
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

        **T. CAREY WICKER, III**, La. Bar No. 13450
        **J. ALEX WATKINS,** La. Bar No. 29472
        **CAPITELLI & WICKER**
        1100 Poydras Street
        2950 Energy Centre
        New Orleans, Louisiana  70163-2950
        Telephone:  (504) 582-2425
        Fax No. (504) 582-2422
        E-Mail: JAW@Capitelliandwicker.com
        **COUNSEL FOR PLAINTIFFS.**

## **CERTIFICATE  OF  SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion will be filed electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system thereby serving notice on all counsel this 20th day of March, 2009.

                /s/  Soren Gisleson