UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHLEEN SCHAFER | : | CIVIL ACTION NO. 06-8262 |
| Wife of/and GORDON SCHAFER | : | |
| | : | SECTION "I" (5) |
| Versus | : | |
| | : | JUDGE AFRICK |
| STATE FARM FIRE & CASUALTY | : | |
| COMPANY *et al.* | : | MAGISTRATE JUDGE CHASEZ |

### DEFENDANTS' JOINT MOTION FOR RETURN
### OF CERTAIN CONFIDENTIAL DOCUMENTS

In accordance with Rule 26(c) and the protective order previously entered in this case, defendants State Farm Fire and Casualty Company ("State Farm Fire") and Xactware Solutions, Inc. ("Xactware") respectfully move for the return of certain Confidential documents. On August 3, 2009, Judge Duval entered an order denying the Plaintiffs' motion for class certification. Docket No. 222. The only remaining issue in this case is the handling of the Schafers' individual claim for wind damage and whether the Plaintiffs are owed damages based on the particular November 2005 State Farm Fire repair cost estimate they personally received or for some other policy benefit relating to their own individual loss. There is no longer a legitimate need for the Plaintiffs' retention of certain Confidential materials produced by the Defendants that are only pertinent to the Plaintiffs' motion for class certification, which has been denied.

WHEREFORE, as more fully discussed in the accompanying memorandum, Defendants request that the Court order that the Plaintiffs may retain only the following subset of

992863v.1

Defendants' Confidential information, which they must continue to treat in accordance with the Protective Order:[1]

> ***State Farm Fire Confidential Materials***
> Deposition of Harris Economou
> Deposition of James Adrian
> Expert Report of James Adrian
> Supplemental Report of James Adrian
> State Farm Price List LANO5F5D3
> State Farm OG 783-100 dated 11/6/02 – Claim Procedures, Xactimate 2002
> State Farm OG 70-135 dated 12/10/03 – CASE System Management
> State Farm OG 70-21 dated 8/25/04 – Claim Settlement Authority
> State Farm OG 753-100 dated 6/15/05 – Overview
> Pricing Specialist Workshop materials
> Estimate Review / Comparison / Reconciliation
> Reconciliation Job Aid
> Claims Issues Memos 1-5
> Hurricane Katrina -  Advance Payments
> Quick Reference Guide for Adjustors
> Katrina Claims Memo 5
> Katrina Claim Memo
> Conference Call Notes 9/7/05
>
> ***Xactware Confidential Materials***
> Deposition of Michael A. Fulton
> Deposition of James Carlyle Burt
> Xactware Pricing Research Methodology
> Xactware Price List LANO4B52
> Xactware Price List LANO5F52

---

[1] Defendants do not concede that any of the materials listed would be relevant to the trial of Plaintiffs' individual claims.

- 3 -

As to all other Confidential information previously produced by State Farm Fire or Xactware in this case, Defendants request that the Court order Plaintiffs to return the information within 30 days to the producing party or certify that the materials have been destroyed.

Date:  September 22, 2009

Respectfully submitted,

/s/ J. Dalton Courson
Wayne J. Lee, 7916, T.A.
Michael Q. Walshe, Jr., 23968
J. Dalton Courson, 28542
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Fax:  (504) 581-3361
Email:     wlee@stonepigman.com
           mwalshe@stonepigman.com
           dcourson@stonepigman.com

and

Joseph A. Cancila, Jr. (admitted *pro hac vice*)
Heidi Dalenberg (admitted *pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606-6473
Telephone: (312) 258-5500
Fax:  (312) 258-5600
Email:     jcancila@schiffhardin.com
           hdalenberg@schiffhardin.com

*Attorneys for State Farm Fire and Casualty Company*

- 4 -

/s/ Mark A. Cunningham
Mark A. Cunningham (#24063)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:   (504) 582-8583
E-mail:   mcunningham@joneswalker.com

with

Joel M. Cohen (admitted *pro hac vice*)
Gina Caruso (admitted *pro hac vice*)
Daniel S. Kahn (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4363
E-mail:   joel.cohen@dpw.com
            gina.caruso@dpw.com
            daniel.kahn@dpw.com

*Attorneys for Xactware Solutions, Inc.*

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Defendants' Joint Motion For Return of Certain Confidential Documents has been served upon all counsel of record by CM/ECF filing, this 22nd day of September, 2009.

/s/ J. Dalton Courson

992863v.1