**MINUTE ENTRY**
**AFRICK, J.**
**March 11, 2010**
**JS-10 00:30**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN SCHAFER, et al.** | **CIVIL ACTION** |
| **VERSUS** | **No. 06-8262** |
| **STATE FARM FIRE & CASUALTY CO., et al.** | **SECTION I/5** |

A status conference was held on this date with counsel for all parties participating. At this conference, the Court gave permission for defendants, State Farm Fire and Casualty Company and Xactware Solutions Inc., to file timely motions for summary judgment. The Court also granted plaintiffs permission to amend their complaint to add allegations concerning additional living expenses or contents. Such amendment, if any, shall be filed **no later than Thursday, March 18, 2010.**

Counsel for Xactware Solutions Inc. informed the Court that it would raise no authenticity objection if plaintiffs use documents discovered during the class certification discovery period in support of plaintiffs' opposition to a motion for summary judgment.

All other dates and deadlines remain in effect.

New Orleans, Louisiana, March 11, 2010.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

1