UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN SCHAFER** | * | **CIVIL ACTION NO.: 06-8262** |
| **Wife of/and GORDON SCHAFER** | * | |
| | * | **SECTION: "I" (5)** |
| **Versus** | * | |
| | * | **JUDGE LANCE M. AFRICK** |
| **STATE FARM FIRE & CASUALTY** | * | |
| **COMPANY** | * | **MAG. JUDGE: ALMA L. CHASEZ** |

## FOURTH AMENDED COMPLAINT

**NOW COME** Plaintiffs, Kathleen and Gordon Schafer, who, in accordance with the leave of Court granted in conference held March 11, 2010 and Rec. Doc. 268, respectfully amend their AMENDED COMPLAINT as follows:

I.

Plaintiffs respectfully supplement and amend the allegations relating to the liability of State Farm contained in Paragraphs 39 - 43 of the Amended Complaint, by adding the following:

39.

Defendant State Farm's policies required that the Plaintiffs/Insureds be made whole and indemnified for the loss, subject to the stated deductible and policy limits. State Farm failed to fully compensate the Plaintiffs/Insureds for the damage and loss to their immovable property, contents and additional living expenses, in breach of the terms and conditions of their policies and Louisiana law.

40.

Plaintiffs/Insureds were damaged by Defendant State Farm's breach of contract.

41.

State Farm violated La. R. S. 22:1892 by failing to pay the reasonable amount due within 30 days, despite receipt of the required proof of loss and demand.  The Plaintiffs/Insureds show that this failure to pay was arbitrary, capricious, and/or without probable cause, which entitles the Plaintiffs/Insureds to penalties, costs and reasonable attorney's fees.

42.

State Farm violated La. R. S. 22:1973 by failing to pay the reasonable amount due within 60 days after satisfactory proof of loss.  The Plaintiffs/Insureds show that this failure to pay was arbitrary, capricious and/or without probable cause, which entitles the Plaintiffs/Insureds to penalties in the amount of up to two times the sum of damages sustained plus general damages, or $5,000, whichever is greater.

43.

Additionally, State Farm violated La. R. S. 22:1973 by misrepresenting relevant facts concerning coverages at issue.  In particular, State Farm misrepresented the policy coverages associated with loss of use, including but not limited to, advising that if FEMA paid for rental assistance the Defendant did not owe coverage, and that only living expenses in excess of normal living expenses would be covered.

**WHEREFORE** Plaintiffs respectfully request that this Fourth Amended Complaint be deemed good and sufficient, and that, after due proceedings be had, there be judgment herein in favor of Plaintiffs, and against Defendants, State Farm Fire & Casualty Company and Xactware Solutions Inc., jointly, severally and *in solido,* for all general and special damages reasonable in

the premises, together with penalties, the costs of these proceedings, legal interest, reasonable attorneys' fees, and all other general or equitable relief to which Plaintiffs may be entitled.

Respectfully Submitted,

/s/ J. Alex Watkins

**T. CAREY WICKER, III**, La. Bar No. 13450
**J. ALEX WATKINS,** La. Bar No. 29472
**CAPITELLI & WICKER**
1100 Poydras Street
2950 Energy Centre
New Orleans, Louisiana 70163-2950
Telephone: (504) 582-2425
Fax No. (504) 582-2422
E-Mail: JAW@Capitelliandwicker.com

**RUSS M. HERMAN**, La. Bar No. 6819
**STEPHEN J. HERMAN**, La. Bar No. 23129
**SOREN E. GISLESON**, La. Bar No. 26302
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

**MARK P. GLAGO**, La. Bar No. 25395
*Glago Law Firm, LLC*
One Canal Place
365 Canal St. Suite 1700
New Orleans, Louisiana  70130
Telephone:  (504) 599-8666
 Fax No. (504) 599-8699
Email: mglago@glagolawfirm.com

**COUNSEL FOR PLAINTIFFS.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Second Amended Complaint has been served, *via* E-MAIL, upon Defense Counsel, and will be filed electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system thereby serving notice on all counsel this 16th day of March, 2010.

**/s/ J. Alex Watkins**