UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN SCHAFER** | : | **CIVIL ACTION NO. 06-8262** |
| **Wife of/and GORDON SCHAFER** | : | |
| | : | **SECTION "I" (5)** |
| **Versus** | : | |
| | : | **JUDGE AFRICK** |
| **STATE FARM FIRE & CASUALTY** | : | |
| **COMPANY** *et al.* | : | **MAGISTRATE JUDGE CHASEZ** |

### DEFENDANT STATE FARM FIRE'S CROSS-MOTION FOR PROTECTIVE ORDER

Defendant State Farm Fire and Casualty Company ("State Farm") respectfully submits this Motion pursuant to Rule 26(b)(2)(C) of the Federal Rules of Civil Procedure and requests entry of a Protective Order in respect to Plaintiffs' Combined Discovery Requests, Rule 30(b)(6) Notice and Rule 30(b)(5) Document Requests. In support hereof, State Farm states as follows:

1. Plaintiffs served the above-referenced discovery requests on or about February 4, 2010.

2. State Farm timely served its written objections and responses to the discovery on March 8, 2010. State Farm provided substantive responses to certain of the discovery, but objected to much of the remainder on the grounds that it was highly duplicative of discovery previously conducted in this case, was overly broad and unduly burdensome, and further sought information entirely irrelevant to the limited and narrow individual claims that remain at issue in this lawsuit.

3. Thereafter, on March 10, 2010, the parties conferred regarding their differences, but were unable to resolve their disagreements.

-2-

4. On March 16, 2010, Plaintiffs filed a motion to compel State Farm's further responses to the above-referenced discovery, and set their Motion for hearing on March 31, 2010.

5. State Farm is seeking a Protective Order as to all or nearly all of the same discovery issues placed in issue by Plaintiffs' motion to compel.

6. Additional argument and information in support of State Farm's Cross-Motion for Protective Order is set forth in State Farm's accompanying Memorandum of Law and Exhibits 1-3 thereto, which materials are incorporated here by reference as if fully set forth herein.

-3-

WHEREFORE, State Farm respectfully requests that the Court grant State Farm's request for a Protective Order in all respects.

Dated: March 17, 2010

Respectfully submitted,

/s/ J. Dalton Courson
Wayne J. Lee, 7916, T.A.
Michael Q. Walshe, Jr., 23968
J. Dalton Courson, 28542
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Fax:  (504) 581-3361
Email:   wlee@stonepigman.com
         mwalshe@stonepigman.com
         dcourson@stonepigman.com
and
Joseph A. Cancila, Jr. (admitted *pro hac vice*)
Heidi Dalenberg (admitted *pro hac vice*)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606-6473
Telephone: (312) 258-5500
Fax:  (312) 258-5600
Email:   jcancila@schiffhardin.com
         hdalenberg@schiffhardin.com

*Attorneys for State Farm Fire and Casualty Company*

# **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Defendant State Farm Fire's Cross-Motion for Protective Order has been served upon all counsel of record by CM/ECF filing, this 17th day of March, 2010.

/s/ J. Dalton Courson

CH2\8454893.1

1011077v.1