UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN SCHAFER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 06-8262** |
| **STATE FARM FIRE & CASUALTY COMPANY ET AL.** | **SECTION I/5** |

### ORDER

The Court has received the request of defendant, State Farm Fire and Casualty Company, for oral argument with respect to its motion for summary judgment.[1]  The Court will be unable to hear oral argument during the time requested.  If, at a later date, the Court finds that oral argument will be helpful, counsel will be notified.

New Orleans, Louisiana, March 24, 2010.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 280.