UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN SCHAFER,** | * | **CIVIL ACTION** |
| **Wife of and/or GORDON SCHAFER** | * | |
| | * | |
| **VERSUS** | * | **NO. 06-8262** |
| | * | |
| **STATE FARM FIRE & CASUALTY** | * | |
| **COMPANY and XACTWARE, INC.** | * | **SECTION "K"** |
| | * | |
| | * | |
| | * | **MAGISTRATE NO. 5** |
| | * | **MAG. JUDGE CHASEZ** |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**MOTION FOR EXPEDITED CONSIDERATION OF
MOTION TO QUASH DEPOSITION NOTICE**

NOW INTO COURT, through undersigned counsel, comes the intervenor Matthew Wilson ("Wilson"), who respectfully requests that this Honorable Court set Wilson's Motion to Quash the deposition notice of Wilson for expedited consideration. This Honorable Court's next available hearing date is _____. Counsel for State Farm has unilaterally noticed the deposition of Mr. Wilson for March 31, 2010 at 1:30 p.m. As set forth more fully in Wilson's Memorandum in Support of Motion to quash, Wilson was served the subpoena after 5:00 pm on Friday March 26, 2010.

WHEREFORE, for the reasons set forth above, Wilson respectfully requests that this Honorable Court set for expedited hearing its motion to quash the notice of deposition of Mr. Matthew Wilson which is currently set for March 31, 2010.

        Respectfully submitted:

        s/Robert D. Peyton
        **ROBERT D. PEYTON #23251 (T.A.)**
        **CHRISTOVICH & KEARNEY, LLP**
        2300 Pan American Life Center
        601 Poydras Street
        New Orleans, Louisiana 70130-6078
        Telephone: (504) 561-5700
        Attorney for Matthew C. Wilson

## **C E R T I F I C A T E**

    I hereby certify that on March 29, 2010, I electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        s/Robert D. Peyton
        **ROBERT D. PEYTON**