UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN SCHAFER** | : | **CIVIL ACTION NO. 06-8262** |
| **Wife of/and GORDON SCHAFER** | : | |
| | : | **SECTION "I" (5)** |
| **Versus** | : | |
| | : | **JUDGE AFRICK** |
| **STATE FARM FIRE & CASUALTY** | : | |
| **COMPANY** | : | **MAGISTRATE CHASEZ** |

### ANSWER BY XACTWARE SOLUTIONS, INC. TO THE FOURTH AMENDED COMPLAINT

Defendant Xactware Solutions, Inc. ("Xactware") incorporates by reference its Answer and Affirmative Defenses to the Amended Complaint as modified by the Second Amended Complaint and Third Amended Complaint (Rec. Doc. 101), and denies each allegation in the Fourth Amended Complaint unless specifically admitted, as follows:

### ANSWER

39.     Paragraph 39 of the Fourth Amended Complaint pertains to a claim that has been dismissed as to Xactware, but is denied out of an abundance of caution for lack of knowledge or information sufficient to form a belief about the truth of the allegations.

{N2132255.1}

40. Paragraph 40 of the Fourth Amended Complaint pertains to a claim that has been dismissed as to Xactware, but is denied out of an abundance of caution for lack of knowledge or information sufficient to form a belief about the truth of the allegations.

41. Paragraph 41 of the Fourth Amended Complaint pertains to a claim that has been dismissed as to Xactware, but is denied out of an abundance of caution for lack of knowledge or information sufficient to form a belief about the truth of the allegations.

42. Paragraph 42 of the Fourth Amended Complaint pertains to a claim that has been dismissed as to Xactware, but is denied out of an abundance of caution for lack of knowledge or information sufficient to form a belief about the truth of the allegations.

43. Paragraph 43 of the Fourth Amended Complaint pertains to a claim that has been dismissed as to Xactware, but is denied out of an abundance of caution for lack of knowledge or information sufficient to form a belief about the truth of the allegations.

**WHEREFORE**, Xactware requests that:

A. The Amended Complaint, as modified by the Second Amended Complaint, the Third Amended Complaint, and the Fourth Amended Complaint be dismissed with prejudice as to it;

B. It be awarded its costs of this suit; and

C. It be awarded such other and further relief as the Court deems appropriate.

Respectfully submitted,

| | |
|---|---|
| */s/ Mark A. Cunningham* | |
| MARK A. CUNNINGHAM, T.A. (#24063) | JOEL M. COHEN (admitted pro hac vice) |
| KATHLEEN HARRISON (#31188) | GINA CARUSO (admitted pro hac vice) |
| Jones, Walker, Waechter, Poitevent, | DANIEL KAHN (admitted pro hac vice) |
|   Carrère & Denègre, L.L.P. | Davis Polk & Wardwell LLP |
| 201 St. Charles Avenue | 450 Lexington Avenue |
| New Orleans, Louisiana  70170-5100 | New York, New York 10017 |
| Telephone:  (504) 582-8000 | Telephone: (212) 450-4000 |
| Facsimile:  (504) 589-8583: | Facsimile: (212) 450-3800 |
| E-mail:  mcunningham@joneswalker.com | E-mail:  joel.cohen@dpw.com |
|           kharrison@joneswalker.com |           gina.caruso@dpw.com |
| |           daniel.kahn@dpw.com |

*Attorneys for Xactware Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that this memorandum was electronically filed with the Clerk of Court on March 30, 2010 by using the CM/ECF system which will send a notice of electronic filing to Filing Users and that each attorney representing plaintiffs is a filing user.

*/s/ Mark A. Cunningham*
MARK A. CUNNINGHAM