UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN SCHAFER, et al.** | **CIVIL ACTION** |
| **VERSUS** | **No. 06-8262** |
| **STATE FARM FIRE & CASUALTY CO.,** et al. | **SECTION I/5** |

## ORDER

Considering the foregoing motion for leave to file memorandum and exhibits under seal filed on behalf of plaintiffs,

**IT IS ORDERED** that the motion is **GRANTED** and that plaintiffs' memorandum, and attached exhibits, in opposition to defendant's motion for summary judgment are **ORDERED SEALED**.

New Orleans, Louisiana, March 31, 2010.

*[signature]*

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**