UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN SCHAFER** | * | CIVIL ACTION NO.: 06-8262 |
| **Wife of/and GORDON SCHAFER** | * | |
| | * | SECTION: "I" (5) |
| **Versus** | * | |
| | * | JUDGE LANCE M. AFRICK |
| **STATE FARM FIRE & CASUALTY** | * | |
| **COMPANY** | * | MAG. JUDGE: ALMA L. CHASEZ |

## WITNESS LIST

NOW INTO COURT, through undersigned counsel, come Plaintiffs Kathleen and Gordon Schafer (hereinafter referred to as "plaintiffs"), who submit the following list of Witnesses:

1. Kathleen Schafer;
2. Gordon Schafer;
3. Peter Lanaux;
4. Matthew Wilson, expert estimator;
5. Mark Richter;
6. Michael Berryman;
7. Robert Foley;
8. Jason Lanagan;
9. Dr. Kenneth Oveson;
10. Jon Luther;
11. Employees and/or representatives of Defendant State Farm, including the following:
    **Any Fed. R. Civ. P. Rule 30(b)(6) designees**
    **Garret P. Gaubert**
    **Dale Bray**
    **Todd Bergeron**
    **Jack McKinness**
    **Harris Economu**
    **Chris Lapinskie**
    **Pablo Martinez**
12. Employees and/or representatives of Defendant Xactware Solutions, Inc., including the following:
    **Any Fed. R. Civ. P. Rule 30(b)(6) designees;**
    **Michael Fulton**.

Plaintiffs reserve their rights to supplement this Witness List upon proper notice to all counsel.

Respectfully submitted,

_____/s/ J. Alex Watkins_____
J. Alex Watkins La. Bar No. 29472
Capitelli & Wicker
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
Phone 504-582-2425
Fax 504-582-2422

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

___/s/ J. Alex Watkins _____
J. Alex Watkins, La. Bar No. 29472
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
Phone 504-582-2425
Fax 504-582-2422
JAW@Capitelliandwicker.com