UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN SCHAFER** | * | **CIVIL ACTION NO.: 06-8262** |
| **Wife of/and GORDON SCHAFER** | * | |
| | * | **SECTION: "I" (5)** |
| **Versus** | * | |
| | * | **JUDGE LANCE M. AFRICK** |
| **STATE FARM FIRE & CASUALTY** | * | |
| **COMPANY** | * | **MAG. JUDGE: ALMA L. CHASEZ** |

### EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come Plaintiffs Kathleen and Gordon Schafer (hereinafter referred to as "plaintiffs"), who submit the following list of Exhibits:

1. Certified copy of insurance policy;
2. Any and all repair estimates and invoices;
3. Any and all depositions and exhibits;
4. Any and all investigative reports incl. the entire wind/flood claim files;
5. Any and all expert reports;
6. Any and all responses to discovery and their attachments;
7. Summaries of discovery responses;
8. Pleadings;
9. Any and all photographs;
10. State Farm pricelists from 8/05 through 8/07;
11. Xactware pricelists from 8/05 through 8/07;
12. Xactimate program;
13. Testimony at class certification hearing;
14. Any and all Exhibits listed or offered by any other party.

Plaintiffs reserve their rights to supplement this Exhibit List upon proper notice to all counsel.

Respectfully submitted,

____/s/ J. Alex Watkins_____
J. Alex Watkins La. Bar No. 29472
Capitelli & Wicker

        1100 Poydras Street, Suite 2950
        New Orleans, Louisiana 70163
        Phone 504-582-2425
        Fax 504-582-2422

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 5, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel.


        ___/s/ J. Alex Watkins _____
        J. Alex Watkins, La. Bar No. 29472
        1100 Poydras Street, Suite 2950
        New Orleans, Louisiana 70163
        Phone 504-582-2425
        Fax 504-582-2422
        JAW@Capitelliandwicker.com