UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHLEEN and GORDON SCHAFER, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-8262 |
| | ) | |
| v. | ) | Section "I" (5) |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | Hon. Judge Africk |
| COMPANY and XACTWARE | ) | |
| SOLUTIONS, INC., | ) | Mag. Judge Chasez |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' WITNESS AND EXHIBIT LISTS

Defendants State Farm Fire and Casualty Company ("State Farm") and Xactware Solutions, Inc. ("Xactware") jointly submit the following Witness and Exhibit Lists.

A.  **WITNESS LIST**

Defendants may call the following witnesses at trial, either live and/or by deposition:

1. Chris Lapinskie
2. Jason Lanagan
3. Michael J. Berryman
4. Robert M. Foley
5. Pierre Lanaux
6. James Adrian
7. Jon Luther

8. Mike Fulton

9. Gordon Schafer

10. Kathleen Schafer

11. Harris Economou

12. Matthew Wilson

13. Dan Kuntz

14. James Talley (for authentication purposes)

15. Any witness necessary for impeachment purposes or rebuttal

16. Any witness needed to authenticate a document

17. Any witness listed by Plaintiffs

18. Any person identified in subsequent discovery

As discovery is ongoing, Defendants reserves the right to amend and supplement this list. Defendants further reserve the right to amend and supplement this list subject to a further ruling by the Court on any motions filed by Defendants pursuant to the Scheduling Order issued by the Court.

**B.    EXHIBIT LIST**

Defendants may introduce the following exhibits at trial:

1. Plaintiffs' Discovery Responses dated 12/4/08, 12/8/08, and any supplementations thereto

2. State Farm's Discovery Responses dated 12/19/08, 2/17/09, 3/8/10, and any supplementations thereto

3. Xactware's Discovery Responses dated 12/19/08, 3/15/10, and any supplementations thereto

4. Schafer homeowners claim file

5. Excerpts of Schafer flood claim file demonstrating coverages available and payment of limits

6. Schafer Certified Homeowners Policy

7. State Farm's homeowners wind damage estimate for Schafer home

8. Schafer claim file activity log

9. Photographs of Schafer home (produced by Plaintiffs and by State Farm)

10. Homeowner Claim Payments

11. Schafer Claim Correspondence

12. Homeowner Claim File Photographs

13. Lanaux roof proposal

14. Lanaux August 7, 2006 Proposal

15. Lanaux March 5, 2007 Contract/Proposal

16. Lanaux Masonry Proposal

17. Lanaux production excerpts, miscellaneous subcontractor bids receipt and bid documents regarding roof repairs

18. Volpi roof invoice and payment documents re roof repairs

19. Masonry invoice and payment documents

20. Homebuilders Ass'n of Greater New Orleans Materials Pricing Sheet

21. Homebuilders Ass'n of Greater New Orleans Contractors Pricing Sheet

22. Documents relating to Road Home assignment

23. Documents relating to SBA assignment

24. Tree-Removal Related Invoices

25. All documents produced by Plaintiffs relating to their insurance claim or claimed damages

26. February 19, 2010 letter from Plaintiffs' counsel regarding contents

27. Documents forwarded by Plaintiffs' counsel on March 10, 2010

28. Adrian Expert Report from Class Certification and exhibits thereto

29. Adrian Supplemental Expert Report from Class Certification and exhibits thereto

30. Adrian Expert Report for Trial and exhibits thereto

1012535v.5

31. Foley Subcontractor Invoices

32. Original Berryman/Foley Class Certification Report and exhibits thereto

33. Berryman/Foley Trial Report and exhibits thereto

34. Berryman / Foley photos of Schafer Home

35. Cost books to which Adrian refers in his Reports, including without limitation Craftsman National Renovation & Insurance (2007); 2006 Craftsman Gulf Coast Estimator; R.S. Means Building Construction Cost Data (2006, 2007); and Marshall & Swift Home Repair & Remodel Cost Guide 2007

36. State Farm and Xactware price lists applicable to the Schafers' individual wind damage repair estimate

37. Louisiana Pricing Territories Map

38. Pricing Methodology Summary Exhibits/Demonstratives

39. Pricing research Methodology White Paper

40. Pricing Research for Hurricane Katrina and Rita White Paper

41. Xactimate

42. Complaints (Original, Amended, Second Amended, Third Amended and Fourth Amended)

43. Xactware's Answer and Affirmative Defenses

44. State Farm's Answers and Additional and/or Affirmative Defenses, as amended

45. State Farm CAT PL Fire CAT Estimatics and Claim Handling Guidelines

46. State Farm Operation Guide 75-01

47. State Farm Operation Guide 75-07

48. State Farm Operation Guide 70-135

49. State Farm Claim Issues Memo # 5

50. State Farm Reconciliation Job Aid

51. State Farm Reconciliation Training Materials

52. 32 La. Reg. 1583 (Sept. 2006)

53. Plaintiffs' deposition designations and Defendants' counter-designations from the hearing on Plaintiffs' Motion for Class Certification

54. Any document attached as an exhibit to a deposition in this case

55. Any exhibit listed by Plaintiffs

56. Any and all demonstrative exhibits and/or aides identified by any party

57. Any exhibits identified by any party in their filings pertaining to the class certification motion, summary judgment motions, and any court filings or pleadings of any party in this action.

Defendants reserve the right to supplement this list based on the discovery in this matter which is currently ongoing. Defendants also reserve the right to offer and use any exhibits identified by Plaintiffs or State Farm, any exhibits identified by any party in their filings pertaining to the class certification motion, summary judgment motions, and any other court filings or pleadings of any party in this action. Defendants may offer additional exhibits, summary exhibits and demonstratives at the time of the trial in rebuttal and in argument.

Date: April 5, 2010

Respectfully submitted,

/s/ J. Dalton Courson
Wayne J. Lee, 7916, T.A.
Michael Q. Walshe, Jr., 23968
J. Dalton Courson, 28542
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361
Email:   wlee@stonepigman.com
         mwalshe@stonepigman.com
         dcourson@stonepigman.com

and

- 6 -

        Joseph A. Cancila, Jr. (admitted *pro hac vice*)
        Heidi Dalenberg (admitted *pro hac vice*)
        SCHIFF HARDIN LLP
        233 South Wacker Drive, Suite 6600
        Chicago, Illinois 60606-6473
        Telephone: (312) 258-5500
        Fax:  (312) 258-5600
        Email:     jcancila@schiffhardin.com
           hdalenberg@schiffhardin.com

*Attorneys for State Farm Fire and Casualty Company*


        */s/ Mark A. Cunningham*
        Mark A. Cunningham (#24063)
        JONES, WALKER, WAECHTER, POITEVENT,
         CARRÈRE & DENÈGRE, L.L.P.
        201 St. Charles Avenue, 49th Floor
        New Orleans, Louisiana  70170-5100
        Telephone:  (504) 582-8000
        Facsimile:  (504) 582-8583
        E-mail:    mcunningham@joneswalker.com

with

        Joel M. Cohen (admitted *pro hac vice*)
        Gina Caruso (admitted *pro hac vice*)
        Daniel S. Kahn (admitted *pro hac vice*)
        DAVIS POLK & WARDWELL
        450 Lexington Avenue
        New York, New York 10017
        Telephone:  (212) 450-4363
        E-mail:    joel.cohen@dpw.com
           gina.caruso@dpw.com
           daniel.kahn@dpw.com

*Attorneys for Xactware Solutions, Inc.*

1012535v.5

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Witness and Exhibit List has been served upon all counsel of record via the Court's CM/ECF notice of electronic filing, this 5th day of April, 2010.

*/s/ J. Dalton Courson*

1012535v.5