UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHLEEN AND GORDON SCHAFER, | * | CIVIL ACTION |
| Plaintiffs, | * | NO. 06-8262 |
| VERSUS | * | SECTION "I"(5) |
| STATE FARM FIRE AND CASUALTY COMPANY AND XACTWARE SOLUTIONS, INC., | * | JUDGE AFRICK |
| | * | MAGISTRATE CHASEZ |
| Defendants. | * | |

## ORDER

Considering the foregoing Motion to Seal State Farm's Appeal From Order Declassifying Certain Documents,

The motion is **GRANTED**. State Farm Fire and Casualty Company is granted leave to file its Appeal from Order Declassifying Certain Documents and the accompanying exhibits thereto under seal.

New Orleans, Louisiana, this 5 day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
 x  Dktd
 ✓  CtRmDep
___ Doc. No.

1012640v.1