```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

KATHLEEN SCHAFER, ET AL.                          CIVIL ACTION

VERSUS                                            NUMBER: 06-8262

STATE FARM FIRE AND CASUALTY                      SECTION: "I"(5)
COMPANY, ET AL.

### ORDER SETTING ORAL ARGUMENT
### VIA TELEPHONE

Oral argument on Plaintiffs' Motion to Quash (rec. doc. 310) will be conducted telephonically on April 21, 2010 at 11:00 a.m. or as soon thereafter on that date and time as the Court's motion docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 7th day of April, 2010.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE