```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

KATHLEEN SCHAFER, ET AL.                        CIVIL ACTION

VERSUS                                          NUMBER: 06-8262

STATE FARM FIRE AND CASUALTY                    SECTION: "I"(5)
COMPANY, ET AL.


                          ORDER ON MOTION
                          APRIL 14, 2010


APPEARANCES:

MOTION:

(1)   Xactware's Motion for Protective Order to Quash Subpoena and
      Deposition Notice (Rec. doc. 310).

  _____ :    Continued to

  _____ :    No Opposition

  _____ :    Opposition

  _____ :    Local Rules 37.1E, 33.2, 36.1, 7.6E

<u>ORDERED</u>

__1__  :   Dismissed as moot.

_____  :   Dismissed for failure of counsel to appear.

_____  :   Granted.

_____  :   Denied.

_____  :   Other.

```
                              _____
                                    ALMA L. CHASEZ
                              UNITED STATES MAGISTRATE JUDGE
```