UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN SCHAFER** | : | CIVIL ACTION NO. 06-8262 |
| **Wife of/and GORDON SCHAFER** | : | |
| | : | SECTION "I" (5) |
| **Versus** | : | |
| | : | JUDGE AFRICK |
| **STATE FARM FIRE & CASUALTY** | : | |
| **COMPANY** | : | MAGISTRATE CHASEZ |

**OPPOSED MOTION FOR LEAVE BY XACTWARE SOLUTIONS,
INC. TO FILE SUPPLEMENTAL EXHIBIT IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

Xactware Solutions, Inc. ("Xactware") requests leave to file the attached deposition transcript of the April 7, 2010 testimony of Plaintiffs' only expert, Matthew Wilson, as a supplemental exhibit in support of its motion for summary judgment, Rec. Doc. No. 287.[1] In the context of a fraud claim against Xactware, the transcript is stunning in that Mr. Wilson testified that he believes the pricing disparities complained about by Plaintiffs were "not Xactware's fault" or "systemic," Wilson Dep. 303:4-304:5, and demonstrates that this case boils down to a coverage dispute having nothing whatsoever to do with historical cost data published by Xactware. The testimony also included the following admissions:

---

[1] Deposition testimony cited herein is identified as "Wilson Dep. [page:line]."

{N2139019.1}

- Mr. Wilson believes that differences between Plaintiffs' and State Farm's prices are attributable to mistakes by estimators in how they characterized or measured repairs and "not Xactware's fault" (*see* Wilson Dep. 303:4-304:5);

- Mr. Wilson believes that the central issue in coverage disputes is the total bottom-line amount, not individual line item prices (*see* Wilson Dep. 276:7-277:8; 312:2-6); and

- Mr. Wilson has no opinion with respect to Xactware's methodology for collecting and analyzing historical cost data (*see* Wilson Dep. 264:5-11).

This testimony reinforces the record evidence submitted by Xactware in support of its summary judgment motion by further confirming that Plaintiffs cannot prove the causation or reliance elements of their fraud claim. Further, this evidence was unavailable when Xactware filed its summary judgment motion on March 23, 2010. Rather, the evidence was under the exclusive control of Plaintiffs and only became known to Xactware on April 7, 2010 when Mr. Wilson was deposed. The evidence also is directly relevant to a dispositive issue in the case. Under these circumstances, Xactware submits that it would be appropriate for the Court to permit the record on summary judgment to be supplemented and requests leave to file the attached deposition transcript as a supplemental exhibit in support of its motion for summary judgment. Counsel for Xactware and counsel for Plaintiffs have conferred regarding this motion and Plaintiffs have decided to oppose Xactware's request for leave to file the supplemental exhibit.

WHEREFORE, Xactware requests leave to file the attached deposition transcript as a supplemental exhibit in support of its motion for summary judgment.

Respectfully submitted,

| | |
|---|---|
| */s/ Mark A. Cunningham* | |
| MARK A. CUNNINGHAM, T.A. (#24063) | JOEL M. COHEN (admitted pro hac vice) |
| KATHLEEN HARRISON (#31188) | GINA CARUSO (admitted pro hac vice) |
| Jones, Walker, Waechter, Poitevent, | DANIEL KAHN (admitted pro hac vice) |
| Carrère & Denègre, L.L.P. | Davis Polk & Wardwell LLP |
| 201 St. Charles Avenue | 450 Lexington Avenue |
| New Orleans, Louisiana  70170-5100 | New York, New York 10017 |
| Telephone:  (504) 582-8000 | Telephone:  (212) 450-4000 |
| Facsimile:  (504) 589-8583: | Facsimile:  (212) 450-3800 |
| E-mail:  mcunningham@joneswalker.com | E-mail:  joel.cohen@dpw.com |
|           kharrison@joneswalker.com |           gina.caruso@dpw.com |
| |           daniel.kahn@dpw.com |

*Attorneys for Xactware Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk of Court on April 15, 2010, by using the CM/ECF system which will send a notice of electronic filing to Filing Users and that each attorney who has entered an appearance in this case is a Filing User.

*/s/ Mark A. Cunningham*
MARK A. CUNNINGHAM

## CERTIFICATE OF ULR 37.1 E

I certify that I have consulted with counsel for Plaintiffs by telephone regarding this motion and that the parties have not been able to amicably resolve this dispute.

*/s/ Mark A. Cunningham*
MARK A. CUNNINGHAM