MINUTE ENTRY
AFRICK, J.
May 11, 2010
JS-10 00:30

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHLEEN SCHAFER, et al.** | **CIVIL ACTION** |
| **VERSUS** | **No. 06-8262** |
| **STATE FARM FIRE & CASUALTY CO., et al.** | **SECTION I/5** |

A status conference was held on May 11, 2010, with counsel for all parties participating. The parties informed the Court that they have reached a settlement agreement in principle but they continue to contest an appeal of the U.S. Magistrate Judge's order declassifying certain documents which is now pending before this Court.

New Orleans, Louisiana, May 12, 2010.

*[signature]*
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE