

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHLEEN SCHAFER** | : | **CIVIL ACTION NO. 06-8262** |
| **Wife of/and GORDON SCHAFER** | : | |
| | : | **SECTION "I" (5)** |
| **Versus** | : | |
| | : | **JUDGE AFRICK** |
| **STATE FARM FIRE & CASUALTY** | : | |
| **COMPANY** | : | **MAGISTRATE CHASEZ** |

---

**MOTION FOR LEAVE BY XACTWARE SOLUTIONS, INC. TO FILE UNDER SEAL REPLY MEMORANDUM IN FURTHER SUPPORT OF XACTWARE'S OBJECTIONS TO AND MOTION TO MODIFY THE MAGISTRATE JUDGE'S ORDER GRANTING, IN PART, PLAINTIFFS' MOTION TO DECLASSIFY REMAINING PRICE LISTS**

Defendant, Xactware Solutions, Inc. ("Xactware") respectfully requests leave to file the attached Reply Memorandum in Further Support of Xactware Solutions, Inc.'s Objections to and Motion to Modify the Magistrate Judge's Order Granting, in Part, Plaintiffs' Motion to Declassify Remaining Price Lists under seal. In support of its motion, Xactware submits that the Court entered a Stipulated Protective Order permitting the parties to file documents containing Confidential and Highly Confidential Information (as defined under the Stipulated Protective Order) under seal and the memorandum contains information which has been designated as "Confidential Information" under the Stipulated Protective Order.

___Fee _____
___Process _____
_x_/Dktd _____
___CtRmDep _____
___Doc. No. _____

{N2154080.1}

WHEREFORE, Xactware respectfully requests that the Court direct the Clerk of Court to file Xactware Solution Inc.'s Reply Memorandum in Further Support of Xactware's Objections to and Motion to Modify the Magistrate Judge's Order Granting, in Part, Plaintiffs' Motion to Declassify Remaining Price Lists in the record of this matter under seal.

Respectfully submitted,

MARK A. CUNNINGHAM, T.A. (#24063)
KATHLEEN HARRISON (#31188)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8583
E-mail:  mcunningham@joneswalker.com
         kharrison@joneswalker.com

JOEL M. COHEN (admitted pro hac vice)
GINA CARUSO (admitted pro hac vice)
DANIEL KAHN (admitted pro hac vice)
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800
E-mail: joel.cohen@dpw.com
        gina.caruso@dpw.com
        daniel.kahn@dpw.com

*Attorneys for Xactware Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed with the Clerk of Court on May 17, 2010, and that a copy has been delivered to counsel for all parties by hand delivery.

MARK A. CUNNINGHAM

{N2154080.1}