```
MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 27, 2010
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHLEEN SCHAFER, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 06-8262 |
| STATE FARM FIRE AND CASUALTY COMPANY, ET AL. | SECTION: "I"(5) |

<u>HEARING ON MOTION</u>

APPEARANCES:   Wayne Lee, Heidi Dalenberg, Mark Cunningham, Soren Gisleson

MOTION:

(1) State Farm's Motion to Reopen Case and for Rule to Show Cause (Rec. doc. 391);
(2) Xactware's Motion to Reopen Case and to Compel Compliance With Protective Order (Rec. doc. 392).

_____ : Continued to

```
MJSTAR(00:30)
```

_____ :   No Opposition

\_1,2\_ :   Opposition (Rec. doc. 396)

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

\_1,2\_ :   Other. Plaintiffs are granted ninety days within which to obtain orders in the *Mornay* and *Seruntine* cases establishing that they are entitled to obtain and use in those cases the same documents that were produced in this litigation. Absent obtaining such orders, plaintiffs are to return the confidential documents that were produced in this case to counsel for defendants who are to preserve and maintain said documents in their offices until the *Mornay* and *Seruntine* cases become final.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALMA L. CHASEZ
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE